```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A02-0054--CV (JKS)
                 "USA V THOMAS R. MUNGLE ET AL"

        Including terminated parties, excluding terminated counsel
```

Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
  Referral Rule:
          Filed: 03/14/02
         Closed: NO

   Jurisdiction: (1) U.S. Plaintiff
  PLF Diversity:
  DEF Diversity:

 Nature of Suit: (870) Tax Suits
                 REDUCE JMT & FORCLOSURE FED TAX LIENS
         Origin: (1) Original Proceeding
         Demand: 961
     Filing fee: Waived
       Trial by: Jury

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1   UNITED STATES OF AMERICA | Keith S. Blair<br>U.S. Department of Justice<br>POB 683<br>Ben Franklin Station<br>Washington, DC 20044-0683<br>202-307-0977<br>FAX 202-307-0054 |
| DEF 1.1   MUNGLE, THOMAS R. | William L. Choquette<br>Choquette & Farleigh<br>629 L Street, Suite 101<br>Anchorage, AK 99501<br>907-274-4626<br>FAX 907-274-9819<br><br>David S. Grossman<br>Reese Baffney et al<br>216 S. Palouse Street<br>Walla Walla, WA 99362<br>509-525-8130 |
| DEF 2.1   MUNGLE, MARLENE C. | William L. Choquette<br>(see above)<br><br>David S. Grossman<br>(see above) |
| DEF 3.1   [T] DOWN RIGGER CORP | No counsel found for this party! |
| DEF 4.1   SIERRA VIEW HOLDING INC | No counsel found for this party! |
| DEF 5.1   DIDIER, ROBERT | Robert Didier<br>Pro Per<br>5331 Shaune Drive<br>Juneau, AK 99801<br>907-586-3606 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
  CIVIL DOCKET PARTY INFORMATION FOR CASE A02-0054--CV (JKS)
                 "USA V THOMAS R. MUNGLE ET AL"

       Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 6.1 | DIDIER, JOAN | Joan Didier<br>Pro Per<br>5331 Shaune Drive<br>Juneau, AK 99801<br>907-586-3606 |
| DEF 7.1 | INVERSIONES QUIZARRA SA | No counsel found for this party! |
| DEF 8.1 | ALLISON, DAVID | Fred J. Baxter<br>Baxter Bruce et al<br>POB 32819<br>Juneau, AK 99803<br>907-789-3166<br>FAX 907-789-1913 |
| DEF 9.1 | JAEGER, HOWARD | Fred J. Baxter<br>(see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A02-0054--CV (JKS)
                  "USA V THOMAS R. MUNGLE ET AL"

                        For all filing dates
```

```
 Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 03/14/02
          Closed: NO

    Jurisdiction: (1) U.S. Plaintiff
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (870) Tax Suits
                  REDUCE JMT & FORCLOSURE FED TAX LIENS
          Origin: (1) Original Proceeding
          Demand: 961
      Filing fee: Waived
        Trial by: Jury
```

```
Document #   Filed      Docket text

    1 -  1   03/14/02   Complaint filed; Summons issued.

    2 -  1   04/04/02   PLF 1 motion for service by publication.

    2 -  2   04/08/02   JKS Order allowing svc by publication. cc: cnsl

    3 -  1   04/18/02   PLF 1 Complaint (1st Amended).

    4 -  1   04/22/02   PLF 1 motion to substitute attorney, Keith Blair, for T. Burgess, for
                        service of process.

    4 -  2   04/24/02   JKS Order granting motion to substitute attorney Keith S. Blair for
                        Timothy Burgess for service of process (4-1).  cc: cnsl

    5 -  1   05/28/02   DEF 5-6 Answer to Complaint.

    6 -  1   05/30/02   JKS Minute Order that plf file returns of svc w/in 20 days re: amended
                        complt. cc: cnsl

    7 -  1   06/06/02   PLF 1 Return of Service Executed re; DEF 8 on 5/16/02.

    8 -  1   06/06/02   DEF 5 Waiver of Service.

    9 -  1   06/06/02   DEF 6 Waiver of Service.

   10 -  1   06/06/02   DEF 9 Waiver of Service.

   11 -  1   06/11/02   PLF 1 Response to Order of 5/30/02 w/att exh.

   12 -  1   06/20/02   JKS Minute Order that plf require ans or apply for dft re: amended cmplt
                        w/i 20 days re: Defs 1,2,5,6,8. cc: cnsl

   13 -  1   07/01/02   DEF 5-6 Answer to Amended Complaint.

   14 -  1   07/09/02   JKS Minute Order that plf require an ans from DEF 9 or apply for dft re:
                        amended cmplt w/i 20 days. cc: cnsl
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A02-0054--CV (JKS)
                          "USA V THOMAS R. MUNGLE ET AL"

                              For all filing dates


 Document #   Filed      Docket text

    15 -  1   07/12/02   PLF 1 motion for entry of default against David Allison and Howard
                         Jaeger.

    16 -  1   07/15/02   PLF 1 Notice of service by publication on DEFS 3,4,7 w/att declaration &
                         exhs.

    17 -  1   07/16/02   JKS Minute Order that DEF 1,2 have not answered nor has dft been
                         entered;   DEF 1,2 will be dism if case not at issue by 120 days from
                         filing of cmplt.
                         cc: cnsl

    18 -  1   07/16/02   Clerk's Notice entering dft on DEF 8,9. cc: cnsl, D. Allison

    19 -  1   07/16/02   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 21 days. cc: cnsl

    20 -  1   07/16/02   PLF 1 Return of Service Executed re: DEF 1 on 07/10/02.

    21 -  1   07/16/02   PLF 1 Return of Service Executed re: DEF 2 on 07/10/02.

    22 -  1   07/22/02   DEF 8-9 Attorney Appearance of Fred J. Baxter.

    23 -  1   07/24/02   PLF 1 Response to Minute Order of 7/16/02 re: svc on Mungle's.

    24 -  1   07/25/02   JKS Minute Order that DEF 3, 4, & 7 have not answered; answer to be fld
                         by 08/14/02 or apply for default. cc: cnsl

    25 -  1   08/01/02   DEF 1-2 Attorney Appearance of William L. Choquette (CHOQUETTE).

    26 -  1   08/01/02   DEF 1-2 Answer to First Amended Complaint.

    26 -  2   08/01/02   DEF 1-2 Jury Demand.

    27 -  1   08/07/02   PLF 1; DEF 5-6; 8-9 Initial Case Status Report.

    28 -  1   08/09/02   JKS Minute Order re: Counsel for Allison & Jaeger has 15 days to move to
                         set aside default as to the above-named defs'.    cc: cnsl

    29 -  1   08/14/02   JKS S&P Order setting pretrial ddlns: Disc to close 02/03/03; Disp mots
                         ddln 03/03/03; Estimate of trial 3 days. cc: cnsl

    30 -  1   08/19/02   DEF 3-4; 7 Application for entry of default.

    31 -  1   08/20/02   Clerk's Notice entering default as to DEF 3,4, & 7. cc: cnsl

    32 -  1   08/23/02   DEF 8-9 motion to set aside entry of default on defs D. Allison and H.
                         Jaeger w/att memo and affs.

    33 -  1   08/30/02   DEF 1-2 motion for trial by jury.

    34 -  1   09/04/02   DEF 1-2 Application of non-resident atty D. Grossman for permission to
                         appear and participate.

    35 -  1   09/04/02   DEF 8-9 Notice of filing original affidavit of D. Allison.

    36 -  1   09/05/02   JKS Order granting appl of non-resident atty D. Grossman to appear and
                         participate for DEF1 and DEF2. cc: cnsl
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A02-0054--CV (JKS)
                            "USA V THOMAS R. MUNGLE ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 37 - 1 | 09/12/02 | PLF 1 oppo to DEF 1-2 mot for trial by jury (33-1). |
| 38 - 1 | 09/12/02 | JKS Order granting mot to set aside entry of default on defs D. Allison and H. Jaeger (32-1). cc: cnsl |
| 39 - 1 | 09/27/02 | DEF 1-2 reply to oppo to DEF 1-2 mot for trial by jury (33-1). |
| 40 - 1 | 10/02/02 | DEF 1-2 motion to accept late filed reply to United States' opposition to motion for trial by jury. |
| 41 - 1 | 10/04/02 | JKS Order granting mot to accept late filed reply to United States' oppo to mot for trial by jury (40-1). cc: cnsl |
| 42 - 1 | 10/10/02 | DEF 8-9 Answer to 1st Amended Complaint. |
| 43 - 1 | 10/30/02 | JKS Minute Order granting in part mot for TBJ (33-1); DEFS 1-2 have a right to TBJ on Ct 1 of the first amended cmplt. cc: cnsl |
| 44 - 1 | 12/24/02 | PLF 1 motion for summary judgment w/att memo, exhs |
| 45 - 1 | 01/03/03 | PLF 1 Final Witness List. |
| 46 - 1 | 01/06/03 | DEF 1-2 Unopposed motion for extension of time to 02/10/03 to oppose United States' motion for summary judgment. |
| 47 - 1 | 01/08/03 | JKS Order granting unopposed mot for ext of time to 02/10/03 to oppose United States' mot for sj (46-1). cc: cnsl |
| 48 - 1 | 01/10/03 | DEF 8-9 Unopposed motion for fifteen day extension of time to 01/24/03 to file opposition to motion for summary judgment. |
| 48 - 2 | 01/13/03 | Order granting unopposed mot for fifteen day extension of time to 01/24/03 to file oppo to mot for sj (48-1). cc: cnsl |
| 49 - 1 | 01/27/03 | DEF 8-9 oppo to PLF 1 mot for sj (44-1). |
| 50 - 1 | 02/05/03 | DEF 1-2 motion of defendants Thomas R. Mungle and Marlene C. Mungle for leave to file final witness list out of time w/att declaration and proposed final witness list. |
| 51 - 1 | 02/05/03 | DEF 1-2 Notice of change of address of out-of-state counsel David Grossman for defendants Thomas R. Mungle and Marlene C. Mungle. |
| 52 - 1 | 02/10/03 | DEF 1-2 oppo to PLF 1 mot for sj (44-1) w/att declaration. |
| 53 - 1 | 02/13/03 | PLF 1 motion for ext of time (to 3/21) to file reply brief to opposition of D. Allison and H. Jaegar's to the U.S. motion for summary judgment. |
| 54 - 1 | 02/21/03 | PLF 1 motion for extension of time to 03/21/03 to file reply to the opposition of T. Mungle and M. Mungle to the motion for U.S. motion for summary judgment. |
| 55 - 1 | 02/24/03 | JKS Minute Order granting mot for ext of time (to 3/21) to file reply brief (53-1), mot for ext of time to 03/21/03 to file reply to the opposition of (54-1). cc: cnsl |
| 56 - 1 | 03/11/03 | DEF 1-2 Notice of filing original signature page to declaration of Cliff James in opposition to re: PLF 1 motion for summary judgment (44-1)w/att |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A02-0054--CV (JKS)
                            "USA V THOMAS R. MUNGLE ET AL"

                               For all filing dates

 Document #    Filed      Docket text
 ----------    -----      -----------
                          signature page.

   57 -   1    03/14/03   PLF 1 reply to DEF 8 and DEF 9 opposition to PLF 1 motion for summary
                          judgment (44-1).

   58 -   1    03/19/03   JKS Order granting motion of defendants Thomas R. Mungle and Marlene C.
                          Mungle for leave to file final witness list out of time (50-1). cc: cnsl

   59 -   1    03/19/03   DEF 1-2 Final Witness List.

   60 -   1    03/20/03   PLF 1 reply to DEF 1 and DEF 2 opposition to PLF 1 motion for summary
                          judgment (44-1).

   61 -   1    05/07/03   DEF 1-2 Request for settlement conference by defendants T. Mungle and M.
                          Mungle.

   62 -   1    05/15/03   PLF 1 Objections to T. Mungle and M. Mungle's request for a settl conf.

   63 -   1    05/20/03   JKS Minute Order that request for settl conf at dkt 61 is denied w/out
                          prej to its renewal after the pending mot for sj is resolved. cc: cnsl

   64 -   1    06/11/03   JKS Order granting/denying motion for summary judgment (44-1). cc: cnsl

   65 -   1    06/17/03   PLF 1 motion to reopen discovery.

   66 -   1    06/25/03   DEF 1-2 non-opposition to PLF 1 motion to reopen discovery (65-1).

   65 -   2    07/16/03   JKS Order granting motion to reopen discovery (65-1) & setting the
                          following dates: Discovery to close 09/30/03. cc: cnsl

   67 -   1    11/14/03   JKS Order re: certification of readiness for trial; parties to certify
                          or file a report within 15 days from the date of this order. cc:cnsl

   68 -   1    11/25/03   PLF 1 Status Report as of 11/14/03.

   69 -   1    02/23/04   PLF 1 Status Report as of 2/20/04.

   70 -   1    02/27/04   JKS Minute Order that if case not resolved by settl by 3/22/04 govt to
                          file stat rpt; govt may file 1 more mot for sj. cc: cnsl

   71 -   1    03/22/04   PLF 1 Status Report as of 3/19/04.

   72 -   1    03/22/04   PLF 1; DEF 1-2 Stipulation to reduce assessments to judgment.

   72 -   2    03/25/04   JKS Order granting stipulation to reduce assessments to judgment (72-1)
                          as stated.   cc: cnsl

   73 -   1    05/20/04   PLF 1 Status report as of May 19, 2004.

   74 -   1    05/20/04   PLF 1 motion for order of foreclosure and decree of sale.

   75 -   1    06/17/04   JKS Order granting motion for order of foreclosure and decree of sale
                          (74-1). cc: cnsl

   76 -   1    09/28/04   PLF 1 Status Report as of 9/27/04.

   77 -   1    10/04/04   JKS Minute Order that further stat rpt due by 10/29/04. cc: cnsl


 ACRS: R_VDSDX               As of 12/01/05 at 3:02 PM by GARRY                      Page 4
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A02-0054--CV (JKS)
                            "USA V THOMAS R. MUNGLE ET AL"

                                  For all filing dates


 Document #    Filed       Docket text

   78 -   1   10/25/04    PLF 1 Status Report.

   79 -   1   10/26/04    JKS Minute Order that further stat rpt or mot to confirm sale due by
                          11/15/04 cc: cnsl

   80 -   1   11/12/04    PLF 1 Status Report as of 11/10/04.

   81 -   1   11/15/04    JKS Minute Order that further stat rpt or mot to confirm sale due by
                          12/6/04 cc: cnsl

   82 -   1   12/27/04    PLF 1 Status Report as of 12/23/04.

   83 -   1   12/28/04    JKS Minute Order that further stat rpt or mot to confirm sale due by
                          1/27/05 cc: cnsl

   84 -   1   01/04/05    PLF 1 motion for confirmation of the IRS's sale w/att IRS report of
                          sale.

   85 -   1   01/14/05    JKS Order granting motion for confirmation of the IRS's sale (84-1). cc:
                          cnsl, USM

   86 -   1   01/21/05    DEF 1-2 motion for reconsideration of order confirming sale.

   87 -   1   01/25/05    JKS Minute Order re govt's response to def's mot for reconsideration of
                          crt's order confirming sale (doc #86-1) due 2/1/05. cc: cnsl

   88 -   1   01/25/05    DEF 1 declaration in response to PLF 1 motion for confirmation of the
                          IRS's sale w/att IRS report of sale (84-1).

   89 -   1   02/15/05    DEF 1 declaration in reply to DEF 5-6 response to DEF 1-2 motion for
                          reconsideration of order confirming sale (86-1).

   90 -   1   02/25/05    JKS Minute Order re D5-6 response to the motion for reconsideration
                          (85-1) due 3/11/05. cc: cnsl

   91 -   1   03/10/05    DEF 5-6 opposition to DEF 1-2 motion for reconsideration of order
                          confirming sale (86-1) w/att exhs.

   92 -   1   04/15/05    JKS Minute Order denying motion for reconsideration of order confirming
                          sale (86-1).  cc: cnsl

   93 -   1   06/06/05    JKS Minute Order re pltf to confer w/parties & file a jnt status rpt due
                          6/13/05 explaining what needs to be done to bring case to completion;
                          any partys response disagreeing w/govts rpt due 6/20/05; the record
                          reflects default has been entered against DEF 3,4,7; default has not
                          been not entered  against DEF 1,2,5,6,8,9; status rpt should address the
                          continuing involement of these partues & suggest a protocol & timetable
                          for bringing this case to a speedy conclusion. cc: cnsl

   94 -   1   06/13/05    PLF 1 Status Report as of 6/10/05.

   95 -   1   07/08/05    JKS Minute Order that an updated stat rpt due by 9/5/05 . cc: cnsl

   96 -   1   09/02/05    PLF 1 Status Report as of 9/1/05.

   97 -   1   09/06/05    JKS Minute Order that further stat rpt due by 10/3/05. cc: cnsl


 ACRS: R_VDSDX               As of 12/01/05 at 3:02 PM by GARRY                     Page 5
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A02-0054--CV (JKS)
                              "USA V THOMAS R. MUNGLE ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 98 - 1 | 09/30/05 | DEF 1-2 Stipulation extinguishing interest of Down Rigger Corp in certain property. |
| 99 - 1 | 10/03/05 | PLF 1 Status Report as of 9/30/05. |
| 100 - 1 | 10/03/05 | JKS Minute Order that further stat rpt due by 11/4/05. cc: cnsl |
| 101 - 1 | 10/04/05 | JKS Judgment granting plfs & D1-2 stipulation extinguishing interest of Down Rigger Corp in certain property (98-1). cc: cnsl, O&J 11884 |
| 102 - 1 | 11/02/05 | PLF 1 Status Report as of 10/31/05. |
| 103 - 1 | 11/04/05 | JKS Minute Order that further stat rpt due by 12/5/05. cc: cnsl |