**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**



FILED
DEC 0 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

UNITED STATES OF AMERICA   v.   THOMAS R. MUNGLE, et al.

THE HONORABLE JAMES K. SINGLETON

DEPUTY CLERK                                CASE NO. A02-0054 CV (JKS)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 5, 2005

The court has received a status report dated November 30, 2005. The report is accepted.

A further status report shall be filed by counsel for plaintiff on or before January 5, 2006, unless closing papers are sooner filed.

```
A02-0054--CV (JKS)       om 12/6/05
-------------------------------------------
  F. BAXTER
  W. CHOQUETTE (CHOQUETTE)
  K. BLAIR
  R. DIDIER
  J. DIDIER
```

[]{IIA4.WPD*Rev.12/96}

