TIMOTHY BURGESS
United States Attorney
Room C-253, Federal Building and
  United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071

**FILED**

DEC 3 0 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

JOHN B. SNYDER, III
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6548

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | )Civil No. CV A02-0054 JKS |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )STATUS REPORT AS OF DECEMBER 29, |
| THOMAS R. MUNGLE and MARLENE C. | )2005 |
| MUNGLE ; DOWN RIGGER CORP.; | ) |
| SIERRA VIEW HOLDING, INC.; | ) |
| ROBERT and JOAN DIDIER; | ) |
| INVERSIONES QUIZARRA, S.A.; | ) |
| DAVID ALLISON; and | ) |
| HOWARD JAEGER, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

The United States of America, by and through its undersigned counsel and pursuant to the

Court's order, hereby submits this report on the status of this litigation as of December 29, 2005:

1. As noted in the United States' prior status reports, two of the three parcels of real

1484866.1

106

property at issue in this action have been foreclosed upon and sold. The remaining parcel, the personal residence of defendants Thomas and Marlene Mungle ("taxpayers"), has not yet been foreclosed upon or sold.

2. The Department of Justice and Thomas and Marlene Mungle have obtained and agreed upon an updated payoff figure for Thomas and Marlene Mungle's total outstanding tax liabilities.

3. The taxpayers and the United States filed a stipulation regarding title in the property, which the Court has approved.

4. The taxpayers are currently pursuing refinancing of their property to obtain funds to pay the liability in full. Mr. Mungle has now returned from traveling abroad and expects the loan application to close in early January. The planned closing in December was delayed due to the need to make repairs to the property, which have now been finished. Once the closing is completed, the parties will file a further stipulation regarding dates for payment, as well as any further issues apparent at the time of the stipulation. Once all payments have been made, satisfying the tax liabilities in full, the United States and the taxpayers will file a stipulation for dismissal of this action.

//

//

STATUS REPORT                               - 2 -                                    1484866.1

6. The parties will provide a further status report to Court on or before February 6, 2006

apprising the Court of the status of this matter.

DATED this _24th_ day of December, 2005.

Respectfully submitted,

TIMOTHY BURGESS
United States Attorney

JOHN B. SNYDER, III
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6548

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing
was sent to the following parties on December 29, 2005:

David Grossman
Reese, Baffney, Schrag & Frol, P.S.
216 So. Palouse St
Walla  Walla, Washington 99362

Robert & Joan Didier
5331 Shaune Dr.
Juneau, Alaska 99801

William L. Choquette
Choquette & Farleigh
629 L St., Suite 101
Anchorage, AK 99501

Fred Baxter
Baxter Bruce & Sullivan P.C.
PO Box 32819
Juneau, AK 99803