# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  THOMAS R. MUNGLE, et al.  </u>

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                                CASE NO.  <u>  3:02-CV-0054-JKS  </u>

<u> Dan Maus </u>

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**     DATE: January 5, 2006

  The court has received a status report dated <u> December 30, 2005 </u>.  The report is accepted.

  A further status report shall be filed by counsel for plaintiff on or before <u> April 3, 2006 </u>, unless closing papers are sooner filed.

[ ]{IIA4.WPD*Rev.12/96}