DEBORAH M. SMITH
Acting United States Attorney
Room C-253, Federal Building and
 United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

JOHN B. SNYDER, III
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6548
john.snyder2@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | )Civil No. CV A02-0054 JKS |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )STATUS REPORT AS OF MAY 5, 2006 |
| THOMAS R. MUNGLE and MARLENE C. | ) |
| MUNGLE ; DOWN RIGGER CORP.; | ) |
| SIERRA VIEW HOLDING, INC.; | ) |
| ROBERT and JOAN DIDIER; | ) |
| INVERSIONES QUIZARRA, S.A.; | ) |
| DAVID ALLISON; and | ) |
| HOWARD JAEGER, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

The United States of America, by and through its undersigned counsel and pursuant to

the Court's order, hereby submits this report on the status of this litigation as of May 5, 2006:

1.  As noted in the United States' prior status reports, two of the three parcels of real property at issue in this action have been foreclosed upon and sold.  The remaining parcel, the personal residence of defendants Thomas and Marlene Mungle ("taxpayers"), has not yet been foreclosed upon or sold.

2.  The Department of Justice and Thomas and Marlene Mungle have obtained and agreed upon an updated payoff figure for Thomas and Marlene Mungle's total outstanding tax liabilities.

3.  The taxpayers and the United States filed a stipulation regarding title in the property, which the Court has approved.

4.  The taxpayers are currently pursuing refinancing of their property to obtain funds to pay the liability in full.  Because additional repairs to the property were necessary, the taxpayers' closing on the property has been delayed.  Due to the delay, it will be necessary for the taxpayers to obtain a new appraisal of the property before the closing.  The taxpayers expect the loan application to close within thirty days.  Once the closing is completed, the parties will file a further stipulation regarding dates for payment, as well as any further issues apparent at the time of the stipulation.  Once all payments have been made, satisfying the tax liabilities in full, the United States and the taxpayers will file a stipulation for dismissal of this action.

//

//

6.  The parties will provide a further status report to Court on or before June 12, 2006

apprising the Court of the status of this matter.

DATED this 5th day of May, 2006.

Respectfully submitted,

DEBORAH M. SMITH
Acting United States Attorney

s/ John B. Snyder, III

JOHN B. SNYDER, III
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6548
john.snyder2@usdoj.gov
Western.Taxcivil@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a  true and correct copy of the foregoing
was sent to the following parties on March 31, 2006:

David Grossman                              Robert & Joan Didier
Reese, Baffney, Schrag & Frol, P.S.         5331 Shaune Dr.
216 So. Palouse St                          Juneau, Alaska 99801
Walla  Walla, Washington 99362

William L. Choquette                        Fred Baxter
Choquette & Farleigh                        Baxter Bruce & Sullivan P.C.
629 L St., Suite 101                        PO Box 32819
Anchorage, AK 99501                         Juneau, AK 99803

s/ John B. Snyder, III