DEBORAH M. SMITH
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6513
Goud.P.Maragani@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No. CV A02-0054 JKS |
| Plaintiff, ) | |
| ) | |
| v.          ) | |
| ) | UNITED STATES' NOTICE OF |
| THOMAS R. MUNGLE and MARLENE C. ) | SUBSTITUTION OF COUNSEL |
| MUNGLE ; DOWN RIGGER CORP.; ) | |
| SIERRA VIEW HOLDING, INC.; ) | |
| ROBERT and JOAN DIDIER; ) | |
| INVERSIONES QUIZARRA, S.A.; ) | |
| DAVID ALLISON; and ) | |
| HOWARD JAEGER, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

     TO:    CLERK OF THE COURT

     TO:    RESPONDENTS

The United States of America, by and through its undersigned counsel, hereby gives

notice that, effective on the date below, Goud P. Maragani, Trial Attorney, Tax Division, United

States Department of Justice, will replace John B. Snyder, III, as counsel in the above-captioned

matter.  Please serve all future pleadings, orders, and communications in this matter on the

undersigned at the following address:

     Goud P. Maragani
     Trial Attorney, Tax Division
     U.S. Department of Justice
     P.O. Box 683
     Ben Franklin Station
     Washington, D.C.  20044
     Telephone: (202) 307-6513
     Facsimile: (202) 307-0054
     Email: Goud.P.Maragani@usdoj.gov

The undersigned counsel hereby enters his appearance on behalf of the United States of

America.

     DATED this  14th  day of August, 2006.

                      Respectfully submitted,

                      DEBORAH M. SMITH
                      United States Attorney

                       /s/ Goud P. Maragani
                      GOUD P. MARAGANI
                      Trial Attorney, Tax Division
                      U.S. Department of Justice
                      Post Office Box 683
                      Ben Franklin Station
                      Washington, D.C.  20044
                      Telephone: (202) 307-6513

                      Attorneys for the United States

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following parties on August 14, 2006:

David Grossman
Reese, Baffney, Schrag & Frol, P.S.
216 So. Palouse St
Walla Walla, Washington 99362

Robert & Joan Didier
5331 Shaune Dr.
Juneau, Alaska 99801

William L. Choquette
Choquette & Farleigh
629 L St., Suite 101
Anchorage, AK 99501

Fred Baxter
Baxter Bruce & Sullivan P.C.
PO Box 32819
Juneau, AK 99803


s/ Goud P. Maragani
GOUD P. MARAGANI
Trial Attorney