DEBORAH M. SMITH
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6513
Goud.P.Maragani@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) Civil No. CV A02-0054 JKS |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) STATUS REPORT AS OF AUGUST 14, 2006 |
| THOMAS R. MUNGLE and MARLENE C. MUNGLE ; DOWN RIGGER CORP.; SIERRA VIEW HOLDING, INC.; ROBERT and JOAN DIDIER; INVERSIONES QUIZARRA, S.A.; DAVID ALLISON; and HOWARD JAEGER, | ) |
|  | ) |
| Defendants. | ) |

   The United States of America, by and through its undersigned counsel and pursuant to

the Court's order, hereby submits this report on the status of this litigation as of August 14,

2006:

    1. As noted in the United States' prior status reports, two of the three parcels of real property at issue in this action have been foreclosed upon and sold. The remaining parcel, the personal residence of defendants Thomas and Marlene Mungle ("taxpayers"), has not yet been foreclosed upon or sold.

    2. The Department of Justice and David Grossman, counsel for the defendants, are in the process of determining an updated payoff figure for Thomas and Marlene Mungle's total outstanding tax liabilities.

    3. The taxpayers are currently pursuing refinancing of their property to obtain funds to pay the liability in full. The taxpayers expect the loan application to close within thirty days. Once the closing is completed, the parties will file a further stipulation regarding dates for payment, as well as any further issues apparent at the time of the stipulation. Once all payments have been made, satisfying the tax liabilities in full, the United States and the taxpayers will file a stipulation for dismissal of this action.

//

//

**STATUS REPORT**      - 2 -

5. Given the delays with regard to the refinancing, the United States has requested payment from the taxpayers by September 15, 2006. If payment has not been made by that time, the United States will proceed with foreclosure on the remaining property at issue.

DATED this 14th day of August, 2006.

>Respectfully submitted,
>
>DEBORAH M. SMITH
>Acting United States Attorney
>
>
>s/ Goud P. Maragani
>GOUD P. MARAGANI
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 683
>Ben Franklin Station
>Washington, D.C. 20044
>Telephone: (202) 307-6513
>Goud.P.Maragani@usdoj.gov
>Western.Taxcivil@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following parties on June 12, 2006:

| | |
|---|---|
| David Grossman<br>Reese, Baffney, Schrag & Frol, P.S.<br>216 So. Palouse St<br>Walla Walla, Washington 99362 | Robert & Joan Didier<br>5331 Shaune Dr.<br>Juneau, Alaska 99801 |
| William L. Choquette<br>Choquette & Farleigh<br>629 L St., Suite 101<br>Anchorage, AK 99501 | Fred Baxter<br>Baxter Bruce & Sullivan P.C.<br>PO Box 32819<br>Juneau, AK 99803 |

s/ Goud P. Maragani