NELSON P. COHEN
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6513
Goud.P.Maragani@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. CV A02-0054 JKS |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) STATUS REPORT AS OF SEPTEMBER 15, 2006 |
| THOMAS R. MUNGLE and MARLENE C. MUNGLE ; DOWN RIGGER CORP.; SIERRA VIEW HOLDING, INC.; ROBERT and JOAN DIDIER; INVERSIONES QUIZARRA, S.A.; DAVID ALLISON; and HOWARD JAEGER, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

The United States of America, by and through its undersigned counsel and pursuant to

the Court's order, hereby submits this report on the status of this litigation as of September 15,

2006:

    1. As noted in the United States' prior status reports, two of the three parcels of real property at issue in this action have been foreclosed upon and sold. The remaining parcel, the personal residence of defendants Thomas and Marlene Mungle ("taxpayers"), has not yet been foreclosed upon or sold. The United States filed, along with this Status Report, a Motion for Order or Foreclosure and Decree of Sale against the remaining parcel of property.

    2. The Department of Justice and David Grossman, counsel for the defendants, are in the process of determining an updated payoff figure for Thomas and Marlene Mungle's total outstanding tax liabilities.

    3. The taxpayers continue to pursue refinancing of their property to obtain funds to pay the liability in full.

    4. Given the delays with regard to the refinancing, the United States requests that the Court enter an Order of Foreclosure and Decree of Sale with regard to the taxpayers' remaining parcel of property.

    DATED this 15th day of September, 2006.

    Respectfully submitted,

    NELSON P. COHEN
    United States Attorney

    s/ Goud P. Maragani
    GOUD P. MARAGANI
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 683
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-6513
    Goud.P.Maragani@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following parties on September 15, 2006:

David Grossman
Reese, Baffney, Schrag & Frol, P.S.
216 So. Palouse St
Walla Walla, Washington 99362

Robert & Joan Didier
5331 Shaune Dr.
Juneau, Alaska 99801

William L. Choquette
Choquette & Farleigh
629 L St., Suite 101
Anchorage, AK 99501

Fred Baxter
Baxter Bruce & Sullivan P.C.
PO Box 32819
Juneau, AK 99803

s/ Goud P. Maragani