# Exhibit A

NOTICE OF JUDICIAL SALE

Pursuant to the Order of Judicial Sale filed_____, in the case of *United States v. Thomas R. Mungle et al.*, A02- 0054 CV JKS (U.S.D.C. District of Alaska), the undersigned representative of the Internal Revenue Service will sell at public sale at, on the steps of the Courthouse or in a secure location in the courthouse of _____ on _____, 2006, the following property:

> A tract of land in U.S. Mineral Survey No. 173, Juneau Recording District, First Judicial District, State of Alaska, described as follows:
>
> Begin S 38° 33′ E, 2417.50 feet from U.S.L.M. No. 5, run thence N 51° 40′ E, 102.20 feet to the Meander Line of said Mineral Survey; Thence S 43° 00′ on said Meander Line, 36.00 feet to the true point of beginning; thence S 43° 00′ E continuing on said Meander Line 109.40 feet; thence S 50° 20′ W, 110.54 feet to the Northeast Line of Juneau-Douglas Highway; thence 46° 09′ W, on said Highway Line, 110.57 feet to a point 36.00 feet S 46° 09′ E from a point S 38° 33′ E, 2417.50 feet from U.S.L.M. No. 5, thence Northeasterly to the true point of beginning.

Said property to be sold on the following terms and conditions:

The minimum bid shall be _____. The successful bidder shall be required to deposit at the time of sale with the Internal Revenue Service a minimum of $20,000 his or her bid, with the deposit to be made by certified check or cash. Before being permitted to bid at the sale, bidders shall display to the Internal Revenue Service, proof that they are able to comply with this requirement. No bids will be received from any person who has not presented proof that, if they are the successful bidder, they can make the deposit required by this judgment.

The balance of the sale price is to be paid to the United States within thirty (30) days after the date the bid is accepted by cashier's or certified check made payable to United States Treasury. If the successful bidder fails to fulfill this requirement, the deposit shall be forfeited in its entirety, and the realty shall again be offered for sale under the terms and conditions of the Order.

The sale of the realty shall be subject to confirmation by the United States District Court for the District of Alaska. Absent an objection within three days of the sale, with bond posted, the sale shall stand confirmed unless otherwise ordered by the Court.

On confirmation of the sale and receipt of payment in full, the Internal Revenue Service shall execute and deliver a Certificate of Sale and Deed conveying the realty to the purchaser. On confirmation of the sale, all interests in, liens against, or claims to, the realty that are held or asserted by the plaintiff or any of the defendants in this action are discharged and extinguished.