David S. Grossman
Reese, Baffney, Schrag & Frol, P.S.
216 So. Palouse Street
Walla Walla, WA  99362
Telephone:  (509) 525-8130
Telefax:  (509) 525-8726

William L. Choquette
ABA No. 7410066
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska  99501
Telephone:  (907) 274-4626
Telefax:  (907) 274-9819

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THOMAS R. MUNGLE and MARLENE C. MUNGLE; DOWN RIGGER CORP.; SIERRA VIEW HOLDING, INC.; ROBERT and JOAN DIDIER; INVERSIONES QUIZARRRA, S.A.; DAVID ALLISON; AND HOWARD JAEGER,<br><br>　　　　Defendants. | NO. A02-0054 CV (JKS)<br><br>STIPULATION TO EXTEND TIME FOR MUNGLE DEFENDANTS' RESPONSE TO UNITED STATES' MOTION FOR ORDER OF FORECLOSURE AND DECREE OF SALE |

　　　　Plaintiff,  the United States of America, and defendants Thomas R. Mungle and Marlene C. Mungle, by their undersigned attorneys, stipulate and agree as follows:

1

1. The United States has filed a Motion for Order of Foreclosure and Decree of Sale, seeking an order allowing the foreclosure and sale of the Mungle Defendants' residence located in Juneau, Alaska;

2. The Mungle Defendants' response to the United States' motion is required to be filed on October 3, 2006.

3. The Mungle Defendants are in the process of refinancing their home, with the goal of obtaining proceeds to pay in full all remaining tax liabilities due and owing to the United States for the years at issue in this action.

4. The parties, through their attorneys, are attempting to reach agreement on the total amount remaining due and owing to the United States, taking into account this Court's prior determinations as to the amounts due, credits that have been applied since this suit was filed and taking into account accrued interest.

5. The IRS Revenue Agent with primary authority for assisting the undersigned attorney for the United States in this matter is out of the office and is not expected to return until October 10, 2006.

6. To allow the IRS Revenue Agent sufficient time to perform the computations and to allow the parties to reach agreement on the amount remaining due and owing, the time for the Mungle Defendants to file and serve a response to the United States Motion for Order of Foreclosure may be extended from October 3, 2006, to November 3, 2006.

//

//

DATED this 29<u>th</u> day of September, 2006.

NELSON P. COHEN
United States Attorney

| | |
|---|---|
| /s/ Goud P. Maragani                . | /s/ William F. Choquette                . |
| GOUD P. MARAGANI | WILLIAM F. CHOQUETTE |
| Trial Attorney, Tax Division | Choquette & Farleigh, LLC |
| U.S. Department of Justice | 629 L Street, Suite 101 |
| Post Office Box 683 | Anchorage, AK  99501 |
| Ben Franklin Station | Telephone:  (907) 274-4626 |
| Washington, D.C.  20044 | |
| Telephone:  (202) 307-6513 | Attorney for Mungle Defendants |
| | |
| Attorney for Plaintiff United States of America | |

/s/ David S. Grossman                .
DAVID S. GROSSMAN
Reese, Baffney, Schrag & Frol, P.S.
216 So. Palouse St.
Walla Walla, WA  99362
Telephone:  (509) 525-8130

Attorney for Mungle Defendants

## ORDER

IT IS ORDERED, that the time for the Mungle Defendants to file their response to the United States' Motion for Order of Foreclosure is hereby extended from October 3, 2006, to November 3, 2006.

DATED: _____

_____
JAMES K. SINGLETON
U.S. District Judge