# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*United States of America v. Mungle, et al.*
Case No. 3:02-cv-00054-JKS

By:              THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:    Robin Carter, Case Management: 677-6127*

<u>PROCEEDINGS</u>:    ORDER FROM CHAMBERS

The stipulation of the parties at **Docket No. 121** is **GRANTED**.

**IT IS THEREFORE ORDERED:**

The time for the Defendants to file a response to the United States's Motion for Order of Foreclosure may be further extended from November 3, 2006, to **Monday, December 4, 2006**. In the event the government files a Motion to Correct the Order at Docket No. 64 (June 10, 2003) prior to December 4, 2006, the response to the Motion for Order of Foreclosure would be further extended to 30 days after the Court rules on a Motion to Correct.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: <u>November 2, 2006</u>

\*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion.  *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b).  No one should telephone, fax, or write to chambers regarding pending cases.  The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.