NELSON P. COHEN
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6513

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No. CV A02-0054 JKS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | [PROPOSED] JUDGMENT |
| THOMAS R. MUNGLE and MARLENE C. ) | |
| MUNGLE ; DOWN RIGGER CORP.; ) | |
| SIERRA VIEW HOLDING, INC.; ) | |
| ROBERT and JOAN DIDIER; ) | |
| INVERSIONES QUIZARRA, S.A.; ) | |
| DAVID ALLISON; and ) | |
| HOWARD JAEGER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On June 11, 2003, the Court granted the United States summary judgment against

Thomas R. Mungle and Marlene C. Mungle for tax liabilities owed for the 1988 through 1994

tax years.  On March 24, 2004, the Court approved a Stipulation to Reduce Assessments to

Judgment for the 1982, 1985, 1986 and 1987 tax years. It is hereby

ORDERED that judgment is hereby entered in favor of the United States and against defendants Thomas R. Mungle and Marlene C. Mungle for the 1988 through 1994 tax years in the amount of $327,541.93 plus interest and statutory additions accruing from January 15, 2002 less any applicable credits. It is further

ORDERED that judgment is hereby entered in favor of the United States and against defendants Thomas R. Mungle and Marlene C. Mungle for the 1982, 1985, 1986 and 1987 tax years in the amount of $427,158.15 plus interest and statutory additions accruing from January 5, 2004 less any applicable credits.

Dated this _____ day of _____, 2006.

_____
United States District Judge

Respectfully submitted this 30th day of November, 2006.

Respectfully submitted,

NELSON P. COHEN
United States Attorney


/s/ Goud P. Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6513
**CERTIFICATE OF SERVICE**


**MOTION FOR ENTRY OF JUDGMENT**              - 2 -

I declare under penalty of perjury that a
true and correct copy of the [PROPOSED JUDGMENT]
was sent to the following parties on November 30, 2006:

| | |
|---|---|
| David Grossman | Robert & Joan Didier |
| Reese, Baffney, Schrag & Frol, P.S. | 5331 Shaune Dr. |
| 216 So. Palouse St | Juneau, Alaska 99801 |
| Walla Walla, Washington 99362 | |
| Attorney for Thomas and Marlene Mungle | |
| | |
| William L. Choquette | Fred Baxter |
| Choquette & Farleigh | Baxter Bruce & Sullivan P.C. |
| 629 L St., Suite 101 | PO Box 32819 |
| Anchorage, AK 99501 | Juneau, AK 99803 |
| Attorney for Thomas and Marlene Mungle | Attorney for David Allison and Howard Jaeger |

/s/ Goud P. Maragani

**MOTION FOR ENTRY OF JUDGMENT**    - 3 -