NELSON P. COHEN
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6513

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil No. CV A02-0054 JKS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DECLARATION OF INTERNAL |
| THOMAS R. MUNGLE and MARLENE C. | ) | REVENUE SERVICE TECHNICAL |
| MUNGLE ; DOWN RIGGER CORP.; | ) | SERVICE ADVISOR JAMIE BENT |
| SIERRA VIEW HOLDING, INC.; | ) | |
| ROBERT and JOAN DIDIER; | ) | |
| INVERSIONES QUIZARRA, S.A.; | ) | |
| DAVID ALLISON; and | ) | |
| HOWARD JAEGER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

I, Jamie Bent, pursuant to 28 U.S.C. § 1746, hereby declare that:

1.  I am a duly appointed Technical Service Advisor, employed by the Internal Revenue

Service in its Small Business/Self Employed Division, with a post of duty in Seattle,

Washington.

2.  As a Technical Service Advisor, I have extensive knowledge of the tax collection practices and procedures of the Internal Revenue Service.

3.  I have personal knowledge of the matters set forth in this Declaration, and, if called upon to testify to said facts, could do so competently.

4.  My duties include the calculation of interest on tax liabilities.  I have experience throughout my employment with the Internal Revenue Service ("IRS") in calculating interest on tax liabilities.

5.  I have been employed by the IRS since 1986.

6.  At the request of Department of Justice attorney Goud P. Maragani, and in the course of my duties, I have researched and computed the balance of the tax liability, including penalties and interest, due from Thomas R. Mungle and Marlene C. Mungle for the tax years ending December 31, 1988 through December 31, 1994.

7.  Attached as Exhibit A for the tax period ending December 31, 1988 is a breakdown of the tax, penalties, and interest, as well as a calculation of the accrued penalty and interest through January 15, 2002.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayers' Social Security numbers have been redacted.

8.  Attached as Exhibit B for the tax period ending December 31, 1989 is a breakdown of the tax, penalties, and interest, as well as a calculation of the accrued penalty and interest through January 15, 2002.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayers' Social Security numbers have been redacted.

9.  Attached as Exhibit C for the tax period ending December 31, 1990 is a breakdown of

**DECLARATION OF JAMIE BENT**            - 2 -

the tax, penalties, and interest, as well as a calculation of the accrued penalty and interest

through January 15, 2002.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayers'

Social Security numbers have been redacted.

10.  Attached as Exhibit D for the tax period ending December 31, 1991 is a breakdown

of the tax, penalties, and interest, as well as a calculation of the accrued penalty and interest

through January 15, 2002.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayers'

Social Security numbers have been redacted.

11.  Attached as Exhibit E for the tax period ending December 31, 1992 is a breakdown

of the tax, penalties, and interest, as well as a calculation of the accrued penalty and interest

through January 15, 2002.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayers'

Social Security numbers have been redacted.

12.  Attached as Exhibit F for the tax period ending December 31, 1993 is a breakdown

of the tax, penalties, and interest, as well as a calculation of the accrued penalty and interest

through January 15, 2002.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayers'

Social Security numbers have been redacted.

13.  Attached as Exhibit G for the tax period ending December 31, 1994 is a breakdown

of the tax, penalties, and interest, as well as a calculation of the accrued penalty and interest

through January 15, 2002.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayers'

Social Security numbers have been redacted.

//

//

**DECLARATION OF JAMIE BENT**                - 3 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of November, 2006

 /s/ Jamie Bent
JAMIE BENT

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the **DECLARATION OF INTERNAL REVENUE**

**SERVICE TECHNICAL SERVICE ADVISOR JAMIE BENT** was sent to the following parties on November 30, 2006:

David Grossman
Reese, Baffney, Schrag & Frol, P.S.
216 So. Palouse St
Walla  Walla, Washington 99362
Attorney for Thomas and Marlene Mungle

Robert & Joan Didier
5331 Shaune Dr.
Juneau, Alaska 99801

William L. Choquette
Choquette & Farleigh
629 L St., Suite 101
Anchorage, AK 99501
Attorney for Thomas and Marlene Mungle

Fred Baxter
Baxter Bruce & Sullivan P.C.
PO Box 32819
Juneau, AK 99803
Attorney for David Allison and Howard Jaeger

/s/ Goud P. Maragani

**DECLARATION OF JAMIE BENT**                      - 5 -