# EXHIBIT A

```
Station Name: SEA0690A2564465  Date: 11/05/2006  Time: 11:31:26 AM
INTSTD:      0818                               PREVIOUS LOGON: 20061103 @ 09:56
30 198812 01152002 MUNG
            734.26   ASSESSED FTP
          1,804.48   ASSESSED INT
          5,518.80   TAX & PENALTY
          8,057.54   ASSESSED TOTAL
            378.25   ACCRUED FTP
         10,745.03   ACCRUED INT
         11,123.28   TOTAL ACCRUALS
          1,112.51   TOTAL FTP
         12,549.51   TOTAL INT
         19,180.82   BALANCE DUE




Employee #         Page 001 of 007   PAGE   002
```

```
INTSTD          0818       30 198812
```

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 12% | .00 | 19890331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | 4,450.07 | 19890415 | 19890630 | 4,450.07 | 025296865 | 112.57 |
| 12% | .00 | 19890630 | 19890815 | 4,562.64 | 015235700 | 69.52 |
| 1660 | 1,001.27 | 19890815 | 19890930 | 5,633.43 | 015235700 | 85.83 |
| 11% | .00 | 19890930 | 19891231 | 5,719.26 | 028109676 | 160.77 |
| 11% | .00 | 19891231 | 19900331 | 5,880.03 | 027490274 | 161.64 |
| 11% | .00 | 19900331 | 19900630 | 6,041.67 | 027799928 | 167.96 |
| 11% | .00 | 19900630 | 19900930 | 6,209.63 | 028109676 | 174.55 |
| 11% | .00 | 19900930 | 19901231 | 6,384.18 | 028109676 | 179.46 |
| 11% | .00 | 19901231 | 19910331 | 6,563.64 | 027490274 | 180.44 |
| 10% | .00 | 19910331 | 19910630 | 6,744.08 | 025241395 | 170.23 |
| 10% | .00 | 19910630 | 19910930 | 6,914.31 | 025522283 | 176.47 |
| 10% | .00 | 19910930 | 19911223 | 7,090.78 | 023277332 | 165.05 |
| 1760 | 284.61 | 19911223 | 00000000 | 7,540.44 | 000000000 | .00 |
| 2760 | 734.26 | 19911223 | 19911231 | 8,274.70 | 002193884 | 18.15 |
| 9% | .00 | 19911231 | 19920331 | 8,292.85 | 022626480 | 187.64 |
| 8% | .00 | 19920331 | 19920629 | 8,480.49 | 019864710 | 168.46 |
| 3600 | 30.00 | 19920629 | 19920630 | 8,678.95 | 000218579 | 1.90 |
| 8% | .00 | 19920630 | 19920930 | 8,680.85 | 020310601 | 176.31 |

```
Employee #             Page 002 of 007  PAGE  003
```

INTSTD            0818       30 198812

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 7% | .00 | 19920930 | 19921231 | 8,857.16 | 017749631 | 157.21 |
| 7% | .00 | 19921231 | 19930331 | 9,014.37 | 017408410 | 156.93 |
| 7% | .00 | 19930331 | 19930426 | 9,171.30 | 004998273 | 45.84 |
| 3600 | 30.00 | 19930426 | 00000000 | 9,247.14 | 000000000 | .00 |
| 3600 | 30.00 | 19930426 | 19930630 | 9,277.14 | 012542565 | 116.36 |
| 7% | .00 | 19930630 | 19930930 | 9,393.50 | 017798686 | 167.19 |
| 7% | .00 | 19930930 | 19931231 | 9,560.69 | 017798686 | 170.17 |
| 7% | .00 | 19931231 | 19940331 | 9,730.86 | 017408410 | 169.40 |
| 7% | .00 | 19940331 | 19940630 | 9,900.26 | 017603529 | 174.28 |
| 8% | .00 | 19940630 | 19940930 | 10,074.54 | 020366804 | 205.19 |
| 9% | .00 | 19940930 | 19941231 | 10,279.73 | 022941331 | 235.83 |
| 9% | .00 | 19941231 | 19950331 | 10,515.56 | 022437053 | 235.94 |
| 10% | .00 | 19950331 | 19950630 | 10,751.50 | 025241395 | 271.38 |
| 9% | .00 | 19950630 | 19950930 | 11,022.88 | 022941331 | 252.88 |
| 9% | .00 | 19950930 | 19951231 | 11,275.76 | 022941331 | 258.68 |
| 9% | .00 | 19951231 | 19960331 | 11,534.44 | 022626480 | 260.98 |
| 8% | .00 | 19960331 | 19960630 | 11,795.42 | 020087632 | 236.94 |
| 9% | .00 | 19960630 | 19960930 | 12,032.36 | 022877946 | 275.28 |
| 9% | .00 | 19960930 | 19961231 | 12,307.64 | 022877946 | 281.57 |

Employee #            ; Page 003 of 007   PAGE    004

```
Station Name: SEA                  Date: 11/03/2006  Time: 11:31:27 AM
INTSTD         0818       30 198812

INTEREST COMPUTATION TABLE
CODE      TRANS-AMT     DATE      TO-DT  INT-PRINCIPAL     FACTOR     INTEREST-AMT
 9%            .00   19961231  19970331     12,589.21    022437053        282.46
 9%            .00   19970331  19970630     12,871.67    022689161        292.05
 9%            .00   19970630  19970930     13,163.72    022941331        301.99
 9%            .00   19970930  19971231     13,465.71    022941331        308.92
 9%            .00   19971231  19980331     13,774.63    022437053        309.06
 8%            .00   19980331  19980630     14,083.69    020143211        283.69
 8%            .00   19980630  19980930     14,367.38    020366804        292.62
 8%            .00   19980930  19981231     14,660.00    020366804        298.58
 7%            .00   19981231  19990331     14,958.58    017408410        260.41
 8%            .00   19990331  19990630     15,218.99    020143211        306.56
 8%            .00   19990630  19990930     15,525.55    020366804        316.21
 8%            .00   19990930  19991231     15,841.76    020366804        322.65
 8%            .00   19991231  20000331     16,164.41    020087632        324.70
 9%            .00   20000331  20000630     16,489.11    022626480        373.09
 9%            .00   20000630  20000930     16,862.20    022877946        385.77
 9%            .00   20000930  20001231     17,247.97    022877946        394.60
 9%            .00   20001231  20010331     17,642.57    022437053        395.85
 8%            .00   20010331  20010630     18,038.42    020143211        363.35
 7%            .00   20010630  20010930     18,401.77    017798686        327.53
Employee #          Page 004 of 007  PAGE   005
```

INTSTD          0818     30 198812

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---:|---|---|---:|---|---:|
| 7% | .00 | 20010930 | 20011231 | 18,729.30 | 017798686 | 333.36 |
| 6% | .00 | 20011231 | 20020115 | 19,062.66 | 002468593 | 47.06 |
| 3600 | 110.00 | 20020204 | 00000000 | 19,219.72 | 000000000 | .00 |
| 6% | .00 | 20020331 | 00000000 | .00 | 000000000 | .00 |
| 6700 | 139.05- | 20020424 | 00000000 | .00 | 000000000 | .00 |
| 6700 | 139.05- | 20020522 | 00000000 | .00 | 000000000 | .00 |
| 6700 | 139.05- | 20020626 | 00000000 | .00 | 000000000 | .00 |
| 6% | .00 | 20020630 | 00000000 | .00 | 000000000 | .00 |
| 6% | .00 | 20020930 | 00000000 | .00 | 000000000 | .00 |
| 5% | .00 | 20021231 | 00000000 | .00 | 000000000 | .00 |
| 5% | .00 | 20030331 | 00000000 | .00 | 000000000 | .00 |
| 5% | .00 | 20030630 | 00000000 | .00 | 000000000 | .00 |
| 4% | .00 | 20030930 | 00000000 | .00 | 000000000 | .00 |
| 4% | .00 | 20031231 | 00000000 | .00 | 000000000 | .00 |
| 5% | .00 | 20040331 | 00000000 | .00 | 000000000 | .00 |
| 4% | .00 | 20040630 | 00000000 | .00 | 000000000 | .00 |
| 5% | .00 | 20040930 | 00000000 | .00 | 000000000 | .00 |
| 5% | .00 | 20041231 | 00000000 | .00 | 000000000 | .00 |
| 6% | .00 | 20050331 | 00000000 | .00 | 000000000 | .00 |

Employee #          Page 005 of 007   PAGE   006

Station Name: SEA02WA2907465   Date: 11/03/2006   Time: 11:31:29 AM

INTSTD.        0818      30 198812

INTEREST COMPUTATION TABLE
```
CODE       TRANS-AMT       DATE      TO-DT  INT-PRINCIPAL       FACTOR   INTEREST-AMT
 6%              .00   20050630  00000000            .00    000000000            .00
 7%              .00   20050930  00000000            .00    000000000            .00
 7%              .00   20051231  00000000            .00    000000000            .00
 7%              .00   20060331  00000000            .00    000000000            .00
 8%              .00   20060630  00000000            .00    000000000            .00
 8%              .00   20060930  00000000            .00    000000000            .00
```

Employee #            Page 006 of 007   PAGE   007

```
INTSTI      0818    30 198812
START DATE 19890415

FTP COMPUTATION TABLE
CODE   DATE         TRANS-AMT    TO-DT        FTP-PRINCIPAL MO   PCT      PNLTY-AMT
1500  19890415       4,450.07   19900115         4,450.07   09   4.50        200.25
DFTF  19900115            .00                    4,450.07                       .00
1960  19911223       1,804.48                    4,450.07                       .00
1660  19920103       1,001.27                    4,450.07                       .00
1760  19920103         284.61                    4,450.07                       .00
2760  19920103         734.26   19920215         4,450.07   25  12.50        556.25
8888  19920123            .00   19921015         4,450.07   08   8.00        356.00
5200  19940113            .00                    4,450.07                       .00
5210  19940620            .00   19940615         4,450.07   00    .00           .00
8888  19940915            .00                    4,450.07                       .00
8888  20000720            .00                    4,450.07                       .00
8888  20011125            .00                    4,450.07                       .00
6700  20020424         139.05-  19940615         4,450.07   00    .00           .00
6700  20020522         139.05-  19940615         4,450.07   00    .00           .00
6700  20020626         139.05-  19940615         4,450.07   00    .00           .00


Employee #          Page 007 of 007   PAGE  001
```