# EXHIBIT B

INTSTI       0818

PREVIOUS LOGON: 20061103 @ 09:56

30 198912 01152002 MUNG

```
      1,365.31   ASSESSED FTP
      3,114.80   ASSESSED INT
     16,263.07   TAX & PENALTY
     20,743.18   ASSESSED TOTAL
      1,885.44   ACCRUED FTP
     26,687.14   ACCRUED INT
     28,572.58   TOTAL ACCRUALS
      3,250.75   TOTAL FTP
     29,801.94   TOTAL INT
     49,315.76   BALANCE DUE
```

Employee #              Page 001 of 006   PAGE   002

Case 3:02-cv-00544-JKS Document 124-3 Filed 11/30/2006

INTSTD        0818    30 198912

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 11% | .00 | 19900331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | 13,003.00 | 19900415 | 00000000 | 13,003.00 | 000000000 | .00 |
| 1660 | 2,925.68 | 19900415 | 19900630 | 15,928.68 | 023164892 | 368.99 |
| 11% | .00 | 19900630 | 19900930 | 16,297.67 | 028109676 | 458.12 |
| 11% | .00 | 19900930 | 19901231 | 16,755.79 | 028109676 | 471.00 |
| 11% | .00 | 19901231 | 19910331 | 17,226.79 | 027490274 | 473.57 |
| 10% | .00 | 19910331 | 19910630 | 17,700.36 | 025241395 | 446.78 |
| 10% | .00 | 19910630 | 19910930 | 18,147.14 | 025522283 | 463.16 |
| 10% | .00 | 19910930 | 19911223 | 18,610.30 | 023277332 | 433.20 |
| 1760 | 334.39 | 19911223 | 00000000 | 19,377.89 | 000000000 | .00 |
| 2760 | 1,365.31 | 19911223 | 19911231 | 20,743.20 | 002193884 | 45.51 |
| 9% | .00 | 19911231 | 19920331 | 20,788.71 | 022626480 | 470.38 |
| 8% | .00 | 19920331 | 19920630 | 21,259.09 | 020087632 | 427.04 |
| 8% | .00 | 19920630 | 19920930 | 21,686.13 | 020310601 | 440.46 |
| 7% | .00 | 19920930 | 19921231 | 22,126.59 | 017749631 | 392.74 |
| 7% | .00 | 19921231 | 19930331 | 22,519.33 | 017408410 | 392.03 |
| 7% | .00 | 19930331 | 19930630 | 22,911.36 | 017603529 | 403.32 |
| 7% | .00 | 19930630 | 19930930 | 23,314.68 | 017798686 | 414.97 |
| 7% | .00 | 19930930 | 19931231 | 23,729.65 | 017798686 | 422.36 |

Employee #           Page 002 of 006   PAGE   003

INTSTI          0818      30 198912

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 7% | .00 | 19931231 | 19940331 | 24,152.01 | 017408410 | 420.45 |
| 7% | .00 | 19940331 | 19940630 | 24,572.46 | 017603529 | 432.56 |
| 8% | .00 | 19940630 | 19940930 | 25,005.02 | 020366804 | 509.27 |
| 9% | .00 | 19940930 | 19941231 | 25,514.29 | 022941331 | 585.33 |
| 9% | .00 | 19941231 | 19950331 | 26,099.62 | 022437053 | 585.60 |
| 10% | .00 | 19950331 | 19950630 | 26,685.22 | 025241395 | 673.57 |
| 9% | .00 | 19950630 | 19950930 | 27,358.79 | 022941331 | 627.65 |
| 9% | .00 | 19950930 | 19951231 | 27,986.44 | 022941331 | 642.05 |
| 9% | .00 | 19951231 | 19960331 | 28,628.49 | 022626480 | 647.76 |
| 8% | .00 | 19960331 | 19960630 | 29,276.25 | 020087632 | 588.09 |
| 9% | .00 | 19960630 | 19960930 | 29,864.34 | 022877946 | 683.23 |
| 9% | .00 | 19960930 | 19961231 | 30,547.57 | 022877946 | 698.87 |
| 9% | .00 | 19961231 | 19970331 | 31,246.44 | 022437053 | 701.08 |
| 9% | .00 | 19970331 | 19970630 | 31,947.52 | 022689161 | 724.86 |
| 9% | .00 | 19970630 | 19970930 | 32,672.38 | 022941331 | 749.55 |
| 9% | .00 | 19970930 | 19971231 | 33,421.93 | 022941331 | 766.74 |
| 9% | .00 | 19971231 | 19980331 | 34,188.67 | 022437053 | 767.09 |
| 8% | .00 | 19980331 | 19980630 | 34,955.76 | 020143211 | 704.12 |
| 8% | .00 | 19980630 | 19980930 | 35,659.88 | 020366804 | 726.28 |

Employee #             Page 003 of 006   PAGE   004

```
Station Name: SE039TA99046S  Date: 11/03/2006  Time: 11:33:23 AM

INTSTD          0818      30 198912

INTEREST COMPUTATION TABLE
CODE         TRANS-AMT      DATE      TO-DT  INT-PRINCIPAL       FACTOR       INTEREST-AMT
  8%               .00  19980930  19981231     36,386.16     020366804        741.07
  8%               .00  19981231  19990331     37,127.23     017498410        646.33
  8%               .00  19990331  19990630     37,773.56     020143211        760.88
  8%               .00  19990630  19990930     38,534.44     020366804        784.82
  8%               .00  19990930  19991231     39,519.26     020366804        800.81
  8%               .00  19991231  20000331     40,120.07     020087632        805.92
  9%               .00  20000331  20000630     40,925.99     022625480        926.01
  9%               .00  20000630  20000930     41,852.00     022877946        957.49
  9%               .00  20000930  20001231     42,809.49     022877946        979.39
  9%               .00  20001231  20010331     43,788.88     022437053        982.49
  8%               .00  20010331  20010630     44,771.37     020143211        901.84
  7%               .00  20010630  20010930     45,673.21     017798686        812.92
  7%               .00  20010930  20011231     46,486.13     017798686        827.39
  6%               .00  20011231  20020115     47,313.52     002468593        116.80
  6%               .00  20020331  00000000     47,430.32     000000000           .00
  5%               .00  20020630  00000000           .00     000000000           .00
  5%               .00  20020930  00000000           .00     000000000           .00
  5%               .00  20021231  00000000           .00     000000000           .00
  5%               .00  20030331  00000000           .00     000000000           .00
Employee #             Page 004 of 006  PAGE  005
```

INTSTE    0818     30 198912

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 5% | .00 | 20030630 | 00000000 | .00 | 000000000 | .00 |
| 4% | .00 | 20030930 | 00000000 | .00 | 000000000 | .00 |
| 4% | .00 | 20031231 | 00000000 | .00 | 000000000 | .00 |
| 5% | .00 | 20040331 | 00000000 | .00 | 000000000 | .00 |
| 4% | .00 | 20040630 | 00000000 | .00 | 000000000 | .00 |
| 5% | .00 | 20040930 | 00000000 | .00 | 000000000 | .00 |
| 5% | .00 | 20041231 | 00000000 | .00 | 000000000 | .00 |
| 6% | .00 | 20050331 | 00000000 | .00 | 000000000 | .00 |
| 6% | .00 | 20050630 | 00000000 | .00 | 000000000 | .00 |
| 7% | .00 | 20050930 | 00000000 | .00 | 000000000 | .00 |
| 7% | .00 | 20051231 | 00000000 | .00 | 000000000 | .00 |
| 7% | .00 | 20060331 | 00000000 | .00 | 000000000 | .00 |
| 8% | .00 | 20060630 | 00000000 | .00 | 000000000 | .00 |
| 8% | .00 | 20060930 | 00000000 | .00 | 000000000 | .00 |

Employee #     Page 005 of 006   PAGE  006

INTSTI        0818      30 198912
START DATE 19900415

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|------|-----------|-------|---------------|-----|-----|-----------|
| 1500 | 19900415 | 13,003.00 | 19900915 | 13,003.00 | 05 | 2.50 | 325.07 |
| DFTF | 19900915 | .00 | | 13,003.00 | | | .00 |
| 1960 | 19911223 | 3,114.80 | | 13,003.00 | | | .00 |
| 1660 | 19920103 | 2,925.68 | | 13,003.00 | | | .00 |
| 1760 | 19920103 | 334.39 | | 13,003.00 | | | .00 |
| 2760 | 19920103 | 1,365.31 | 19920215 | 13,003.00 | 17 | 8.50 | 1,105.25 |
| 8888 | 19920123 | .00 | 19930415 | 13,003.00 | 14 | 14.00 | 1,820.42 |
| 5200 | 19940113 | .00 | | 13,003.00 | | | .00 |
| 5210 | 19940620 | .00 | 19940415 | 13,003.00 | 00 | .00 | .00 |
| 8888 | 19940915 | .00 | | 13,003.00 | | | .00 |
| 8888 | 20000720 | .00 | | 13,003.00 | | | .00 |
| 8888 | 20011125 | .00 | 19940415 | 13,003.00 | 00 | .00 | .00 |

Employee #              Page 006 of 006   PAGE   001