# EXHIBIT C

Case 3:02-cv-00054-JKS    Document 124-4    Filed 11/30/2006    Page 1 of 7

```
INTSTD          0818                              PREVIOUS LOGON: 20061103 @ 09:56
30 199012 01152002 MUNG
         1,221.70  ASSESSED FTP
         1,963.65  ASSESSED INT
        29,321.97  TAX & PENALTY
        32,507.32  ASSESSED TOTAL
         5,565.55  ACCRUED FTP
        41,822.25  ACCRUED INT
        47,387.80  TOTAL ACCRUALS
         6,787.25  TOTAL FTP
        43,785.90  TOTAL INT
        79,895.12  BALANCE DUE
```

Employee #            Page 001 of 006    PAGE   002

```
INTSTE        0818      30 199012

INTEREST COMPUTATION TABLE
CODE     TRANS-AMT       DATE    TO-DT    INT-PRINCIPAL      FACTOR     INTEREST-AMT
10%            .00    19910331 00000000            .00    000000000             .00
1500     27,149.00    19910415 19910630      27,149.00    021037295          571.14
10%            .00    19910630 19910930      27,720.14    025522283          707.48
10%            .00    19910930 19911015      28,427.62    004117480          117.05
1660      1,221.71    19911015 19911223      29,766.38    019081285          567.98
1760        951.26    19911223 00000000      31,285.62    000000000             .00
2760      1,221.70    19911223 19911231      32,507.32    002193884           71.32
9%             .00    19911231 19920331      32,578.64    022626480          737.14
8%             .00    19920331 19920630      33,315.78    020087632          669.24
8%             .00    19920630 19920930      33,985.02    020310601          690.26
7%             .00    19920930 19921231      34,675.28    017749631          615.47
7%             .00    19921231 19930331      35,290.75    017408410          614.36
7%             .00    19930331 19930630      35,905.11    017603529          632.06
7%             .00    19930630 19930930      36,537.17    017798686          650.31
7%             .00    19930930 19931231      37,187.48    017798686          661.89
7%             .00    19931231 19940331      37,849.37    017408410          658.90
7%             .00    19940331 19940630      38,508.27    017603529          677.88
8%             .00    19940630 19940930      39,186.15    020366804          798.10
9%             .00    19940930 19941231      39,984.25    022941331          917.29
Employee #                Page 002 of 006   PAGE  003
```

INTSTD          0818        30 199012

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 9%   | .00       | 19941231 | 19950331 | 40,901.54 | 022437053 | 917.71 |
| 10%  | .00       | 19950331 | 19950630 | 41,819.25 | 025241395 | 1,055.58 |
| 9%   | .00       | 19950630 | 19950930 | 42,874.83 | 022941331 | 983.61 |
| 9%   | .00       | 19950930 | 19951231 | 43,858.44 | 022941331 | 1,006.17 |
| 9%   | .00       | 19951231 | 19960331 | 44,864.61 | 022626480 | 1,015.13 |
| 8%   | .00       | 19960331 | 19960630 | 45,879.74 | 020087632 | 921.62 |
| 9%   | .00       | 19960630 | 19960930 | 46,801.36 | 022877946 | 1,070.72 |
| 9%   | .00       | 19960930 | 19961231 | 47,872.08 | 022877946 | 1,095.21 |
| 9%   | .00       | 19961231 | 19970331 | 48,967.29 | 022437053 | 1,098.68 |
| 9%   | .00       | 19970331 | 19970630 | 50,065.97 | 022689161 | 1,135.95 |
| 9%   | .00       | 19970630 | 19970930 | 51,201.92 | 022941331 | 1,174.64 |
| 9%   | .00       | 19970930 | 19971231 | 52,376.56 | 022941331 | 1,201.59 |
| 9%   | .00       | 19971231 | 19980331 | 53,578.15 | 022437053 | 1,202.14 |
| 8%   | .00       | 19980331 | 19980630 | 54,780.29 | 020143211 | 1,103.45 |
| 8%   | .00       | 19980630 | 19980930 | 55,883.74 | 020366804 | 1,138.17 |
| 8%   | .00       | 19980930 | 19981231 | 57,021.91 | 020366804 | 1,161.35 |
| 7%   | .00       | 19981231 | 19990331 | 58,183.26 | 017408410 | 1,012.88 |
| 8%   | .00       | 19990331 | 19990630 | 59,196.14 | 020143211 | 1,192.40 |
| 8%   | .00       | 19990630 | 19990930 | 60,388.54 | 020366804 | 1,229.92 |

Employee #              Page 003 of 006   PAGE  004

```
Station Name: SEA009MA2564465  Date: 11/03/2006  Time: 11:33:56 AM
INTSTD       0818        30 199012

INTEREST COMPUTATION TABLE
CODE       TRANS-AMT      DATE     TO-DT    INT-PRINCIPAL       FACTOR        INTEREST-AMT
 8%             .00    19990930 19991231        61,618.46    020366804           1,254.97
 8%             .00    19991231 20000331        62,873.43    020087632           1,262.98
 9%             .00    20000331 20000630        64,136.41    022626480           1,451.18
 9%             .00    20000630 20000930        65,587.59    022877946           1,500.51
 9%             .00    20000930 20001231        67,088.10    022877946           1,534.84
 9%             .00    20001231 20010331        68,622.94    022437053           1,539.70
 8%             .00    20010331 20010630        70,162.64    020143211           1,413.30
 7%             .00    20010630 20010930        71,575.94    017798686           1,273.96
 7%             .00    20010930 20011231        72,849.90    017798686           1,296.63
 6%             .00    20011231 20020115        74,146.53    002468593             183.04
 6%             .00    20020331 00000000        74,329.57    000000000               .00
 6%             .00    20020630 00000000              .00    000000000               .00
 6%             .00    20020930 00000000              .00    000000000               .00
 5%             .00    20021231 00000000              .00    000000000               .00
 5%             .00    20030331 00000000              .00    000000000               .00
 5%             .00    20030630 00000000              .00    000000000               .00
 4%             .00    20030930 00000000              .00    000000000               .00
 4%             .00    20031231 00000000              .00    000000000               .00
 5%             .00    20040331 00000000              .00    000000000               .00
Employee #           Page 004 of 006   PAGE   005
```

```
Station Name: SEA069M4564465  Date: 11/03/2006  Time: 11:33:57 AM      Page 6 of 7
INTSTD      0818       30 199012

INTEREST COMPUTATION TABLE
CODE       TRANS-AMT        DATE      TO-DT  INT-PRINCIPAL      FACTOR     INTEREST-AMT
 4%             .00     20040630   00000000           .00    000000000              .00
 5%             .00     20040930   00000000           .00    000000000              .00
 5%             .00     20041231   00000000           .00    000000000              .00
 6%             .00     20050331   00000000           .00    000000000              .00
 6%             .00     20050630   00000000           .00    000000000              .00
 7%             .00     20050930   00000000           .00    000000000              .00
 7%             .00     20051231   00000000           .00    000000000              .00
 7%             .00     20060331   00000000           .00    000000000              .00
 8%             .00     20060630   00000000           .00    000000000              .00
 8%             .00     20060930   00000000           .00    000000000              .00


Employee #            Page 005 of 006   PAGE  006
```

```
INTSTI      0818      30 199012
START DATE 19910415

FTP COMPUTATION TABLE
CODE    DATE        TRANS-AMT     TO-DT       FTP-PRINCIPAL  MO   PCT       PNLTY-AMT
1500  19910415      27,149.00   19911115         27,149.00   07   3.50         950.21
DFTF  19911115            .00                    27,149.00                        .00
1960  19911223       1,963.65                    27,149.00                        .00
1660  19920103       1,221.71                    27,149.00                        .00
1760  19920103         951.26                    27,149.00                        .00
2760  19920103       1,221.70   19920215         27,149.00   03   1.50         407.23
8888  19920123            .00   19931015         27,149.00   20  20.00       5,429.80
5200  19940113            .00                    27,149.00                        .00
5210  19940620            .00   19940615         27,149.00   00    .00            .00
8888  19940915            .00                    27,149.00                        .00
8888  20000720            .00                    27,149.00                        .00
8888  20011125            .00   19940615         27,149.00   00    .00            .00
```

Employee #          Page 006 of 006   PAGE   001