# EXHIBIT D

Case 3:02-cv-00054-JKS    Document 124-5    Filed 11/30/2006    Page 1 of 7

```
INTSTE         0818                                    PREVIOUS LOGON: 20061103 @ 09:56
30 199112 01152002 MUNG
              651.20   ASSESSED FTP
              842.22   ASSESSED INT
           14,682.23   TAX & PENALTY
           16,175.65   ASSESSED TOTAL
            2,308.80   ACCRUED FTP
           17,546.52   ACCRUED INT
           19,855.32   TOTAL ACCRUALS
            2,960.00   TOTAL FTP
           18,388.74   TOTAL INT
           36,030.97   BALANCE DUE
```

Employee #            Page 001 of 006   PAGE  002

```
INTSTD·     0818        30 199112

INTEREST COMPUTATION TABLE
CODE       TRANS-AMT       DATE     TO-DT  INT-PRINCIPAL      FACTOR   INTEREST-AMT
 8%              .00   19920331 00000000            .00   000000000           .00
1500       11,840.00   19920415 19920630      11,840.00   016748923        198.31
 8%              .00   19920630 19920930      12,038.31   020310601        244.51
 7%              .00   19920930 19921015      12,282.82   002872696         35.28
1660        2,131.20   19921015 19921231      14,449.30   014834320        214.35
 7%              .00   19921231 19930222      14,663.65   010215232        149.79
1760          681.03   19930222 00000000      15,494.47   000000000           .00
2760          651.20   19930222 19930331      16,145.67   007120441        114.96
 7%              .00   19930331 19930630      16,260.63   017603529        286.24
 7%              .00   19930630 19930927      16,546.87   017213328        284.83
3600           30.00   19930927 19930930      16,861.70   000575453          9.70
 7%              .00   19930930 19931231      16,871.40   017798686        300.29
 7%              .00   19931231 19940331      17,171.69   017408410        298.93
 7%              .00   19940331 19940630      17,470.62   017603529        307.54
 8%              .00   19940630 19940930      17,778.16   020366804        362.08
 9%              .00   19940930 19941231      18,140.24   022941331        416.16
 9%              .00   19941231 19950331      18,556.40   022437053        416.35
10%              .00   19950331 19950630      18,972.75   025241395        478.90
 9%              .00   19950630 19950930      19,451.65   022941331        446.25
Employee #             Page 002 of 006   PAGE   003
```

```
INTSTD         0818      30 199112
```

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|----------|----------|---------------|-----------|--------------|
| 9%   | .00       | 19950930 | 19951231 | 19,897.90     | 022941331 | 456.48       |
| 9%   | .00       | 19951231 | 19960331 | 20,354.38     | 022626480 | 460.55       |
| 8%   | .00       | 19960331 | 19960630 | 20,814.93     | 020087632 | 418.12       |
| 9%   | .00       | 19960630 | 19960930 | 21,233.05     | 022877946 | 485.77       |
| 9%   | .00       | 19960930 | 19961231 | 21,718.82     | 022877946 | 496.88       |
| 9%   | .00       | 19961231 | 19970331 | 22,215.70     | 022437053 | 498.45       |
| 9%   | .00       | 19970331 | 19970630 | 22,714.15     | 022689161 | 515.37       |
| 9%   | .00       | 19970630 | 19970930 | 23,229.52     | 022941331 | 532.92       |
| 9%   | .00       | 19970930 | 19971231 | 23,762.44     | 022941331 | 545.14       |
| 9%   | .00       | 19971231 | 19980331 | 24,307.58     | 022437053 | 545.39       |
| 8%   | .00       | 19980331 | 19980630 | 24,852.97     | 020143211 | 500.62       |
| 8%   | .00       | 19980630 | 19980930 | 25,353.59     | 020366804 | 516.37       |
| 8%   | .00       | 19980930 | 19981231 | 25,869.96     | 020366804 | 526.89       |
| 7%   | .00       | 19981231 | 19990331 | 26,396.85     | 017408410 | 459.53       |
| 8%   | .00       | 19990331 | 19990630 | 26,856.38     | 020143211 | 540.97       |
| 8%   | .00       | 19990630 | 19990930 | 27,397.35     | 020366804 | 558.00       |
| 8%   | .00       | 19990930 | 19991231 | 27,955.35     | 020366804 | 569.36       |
| 8%   | .00       | 19991231 | 20000331 | 28,524.71     | 020087632 | 572.99       |
| 9%   | .00       | 20000331 | 20000630 | 29,097.70     | 022626480 | 658.38       |

Employee #              Page 003 of 006   PAGE   004

```
Station Name: SEA009MA2501465  Date: 11/03/2006  Time: 11:35:28 AM
INTSTD        0818       30 199112

INTEREST COMPUTATION TABLE
CODE      TRANS-AMT       DATE      TO-DT  INT-PRINCIPAL      FACTOR    INTEREST-AMT
 9%            .00    20000630  20000930      29,756.08    022877946         680.76
 9%            .00    20000930  20001231      30,436.84    022877946         696.33
 9%            .00    20001231  20010331      31,133.17    022437053         698.54
 8%            .00    20010331  20010630      31,831.71    020143211         641.19
 7%            .00    20010630  20010930      32,472.90    017798686         577.97
 7%            .00    20010930  20011231      33,050.87    017798686         588.26
 6%            .00    20011231  20020115      33,639.13    002468593          83.04
 6%            .00    20020331  00000000      33,722.17    000000000            .00
 6%            .00    20020630  00000000            .00    000000000            .00
 6%            .00    20020930  00000000            .00    000000000            .00
 5%            .00    20021231  00000000            .00    000000000            .00
 5%            .00    20030331  00000000            .00    000000000            .00
 5%            .00    20030630  00000000            .00    000000000            .00
 4%            .00    20030930  00000000            .00    000000000            .00
 4%            .00    20031231  00000000            .00    000000000            .00
 5%            .00    20040331  00000000            .00    000000000            .00
 4%            .00    20040630  00000000            .00    000000000            .00
 5%            .00    20040930  00000000            .00    000000000            .00
 5%            .00    20041231  00000000            .00    000000000            .00
Employee #              Page 004 of 006   PAGE   005
```

```
INTSTD          0818      30 199112

INTEREST COMPUTATION TABLE
CODE      TRANS-AMT         DATE      TO-DT  INT-PRINCIPAL      FACTOR     INTEREST-AMT
 6%             .00     20050331   00000000            .00   000000000              .00
 6%             .00     20050630   00000000            .00   000000000              .00
 7%             .00     20050930   00000000            .00   000000000              .00
 7%             .00     20051231   00000000            .00   000000000              .00
 7%             .00     20060331   00000000            .00   000000000              .00
 8%             .00     20060630   00000000            .00   000000000              .00
 8%             .00     20060930   00000000            .00   000000000              .00
```

Employee #            Page 005 of 006    PAGE    006

```
INTSTI      0818        30  199112
START DATE 19920415
```

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|---|---|---:|---|---:|---|---:|---:|
| 1500 | 19920415 | 11,840.00 | 19930215 | 11,840.00 | 10 | 5.00 | 592.00 |
| DFTF | 19930215 | .00 |  | 11,840.00 |  |  | .00 |
| 1960 | 19930222 | 842.22 |  | 11,840.00 |  |  | .00 |
| 1660 | 19930305 | 2,131.20 |  | 11,840.00 |  |  | .00 |
| 1760 | 19930305 | 681.03 |  | 11,840.00 |  |  | .00 |
| 2760 | 19930305 | 651.20 | 19930415 | 11,840.00 | 02 | 1.00 | 118.40 |
| 8888 | 19930325 | .00 | 19940115 | 11,840.00 | 09 | 9.00 | 1,065.60 |
| 5200 | 19940113 | .00 |  | 11,840.00 |  |  | .00 |
| 5210 | 19940620 | .00 | 19940715 | 11,840.00 | 01 | 1.00 | 118.40 |
| 8888 | 19940915 | .00 |  | 11,840.00 |  |  | .00 |
| 8888 | 20000720 | .00 |  | 11,840.00 |  |  | .00 |
| 8888 | 20011125 | .00 | 19950415 | 11,840.00 | 09 | 9.00 | 1,065.60 |

Employee #          Page 006 of 006    PAGE   001