# EXHIBIT E

```
INTSTD      0818                                  PREVIOUS LOGON: 20061103 @ 09:56
30 199212 01152002 MUNG
                   .00   ASSESSED FTP
                   .00   ASSESSED INT
             18,277.17   TAX & PENALTY
             18,277.17   ASSESSED TOTAL
              4,837.60   ACCRUED FTP
             20,221.91   ACCRUED INT
             25,059.51   TOTAL ACCRUALS
              4,837.60   TOTAL FTP
             20,221.91   TOTAL INT
             43,336.68   BALANCE DUE
```

Employee #              Page 001 of 006   PAGE   002

```
INTSTE      0818        30 199212
```

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 7% | .00 | 19930331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | 19,575.00 | 19930415 | 00000000 | 19,575.00 | 000000000 | .00 |
| 1760 | 573.79 | 19930415 | 19930630 | 20,148.79 | 014680663 | 295.80 |
| 7% | .00 | 19930630 | 19930930 | 20,444.59 | 017798686 | 363.89 |
| 7% | .00 | 19930930 | 19931231 | 20,808.48 | 017798686 | 370.36 |
| 7% | .00 | 19931231 | 19940331 | 21,178.84 | 017408410 | 368.69 |
| 7% | .00 | 19940331 | 19940630 | 21,547.53 | 017603529 | 379.31 |
| 8% | .00 | 19940630 | 19940930 | 21,926.84 | 020366804 | 446.58 |
| 9% | .00 | 19940930 | 19941231 | 22,373.42 | 022941331 | 513.28 |
| 9% | .00 | 19941231 | 19950331 | 22,886.70 | 022437053 | 513.51 |
| 10% | .00 | 19950331 | 19950630 | 23,400.21 | 025241395 | 590.65 |
| 9% | .00 | 19950630 | 19950930 | 23,990.86 | 022941331 | 550.38 |
| 9% | .00 | 19950930 | 19951231 | 24,541.24 | 022941331 | 563.01 |
| 9% | .00 | 19951231 | 19960111 | 25,104.25 | 002708246 | 67.99 |
| 6700 | 1,871.62- | 19960111 | 19960331 | 23,300.62 | 019864436 | 462.85 |
| 8% | .00 | 19960331 | 19960630 | 23,763.47 | 020087632 | 477.35 |
| 9% | .00 | 19960630 | 19960930 | 24,240.82 | 022877946 | 554.58 |
| 9% | .00 | 19960930 | 19961231 | 24,795.40 | 022877946 | 567.27 |
| 9% | .00 | 19961231 | 19970331 | 25,362.67 | 022437053 | 569.06 |

Employee #            Page 002 of 006   PAGE   003

INTSTD·      0818       30 199212

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 9% | .00 | 19970331 | 19970630 | 25,931.73 | 022689161 | 588.37 |
| 9% | .00 | 19970630 | 19970930 | 26,520.10 | 022941331 | 608.41 |
| 9% | .00 | 19970930 | 19971231 | 27,128.51 | 022941331 | 622.36 |
| 9% | .00 | 19971231 | 19980331 | 27,750.87 | 022437053 | 622.65 |
| 8% | .00 | 19980331 | 19980630 | 28,373.52 | 020143211 | 571.53 |
| 8% | .00 | 19980630 | 19980930 | 28,945.05 | 020366804 | 589.52 |
| 8% | .00 | 19980930 | 19981231 | 29,534.57 | 020366804 | 601.52 |
| 7% | .00 | 19981231 | 19990331 | 30,136.09 | 017408410 | 524.62 |
| 8% | .00 | 19990331 | 19990630 | 30,660.71 | 020143211 | 617.61 |
| 8% | .00 | 19990630 | 19990930 | 31,278.32 | 020366804 | 637.04 |
| 8% | .00 | 19990930 | 19991231 | 31,915.36 | 020366804 | 650.01 |
| 8% | .00 | 19991231 | 20000331 | 32,565.37 | 020087632 | 654.16 |
| 9% | .00 | 20000331 | 20000630 | 33,219.53 | 022626480 | 751.64 |
| 9% | .00 | 20000630 | 20000930 | 33,971.17 | 022877946 | 777.19 |
| 9% | .00 | 20000930 | 20001231 | 34,748.36 | 022877946 | 794.97 |
| 9% | .00 | 20001231 | 20010331 | 35,543.33 | 022437053 | 797.49 |
| 8% | .00 | 20010331 | 20010630 | 36,340.82 | 020143211 | 732.02 |
| 7% | .00 | 20010630 | 20010930 | 37,072.84 | 017798686 | 659.85 |
| 7% | .00 | 20010930 | 20011231 | 37,732.69 | 017798686 | 671.59 |

Employee #              Page 003 of 006   PAGE   004

INTSTI     0818       30 199212

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 6% | .00 | 20011231 | 20020115 | 38,404.28 | 002468593 | 94.80 |
| 6% | .00 | 20020331 | 00000000 | 38,499.08 | 000000000 | .00 |
| 6% | .00 | 20020630 | 00000000 | .00 | 000000000 | .00 |
| 6% | .00 | 20020930 | 00000000 | .00 | 000000000 | .00 |
| 5% | .00 | 20021231 | 00000000 | .00 | 000000000 | .00 |
| 5% | .00 | 20030331 | 00000000 | .00 | 000000000 | .00 |
| 5% | .00 | 20030630 | 00000000 | .00 | 000000000 | .00 |
| 4% | .00 | 20030930 | 00000000 | .00 | 000000000 | .00 |
| 4% | .00 | 20031231 | 00000000 | .00 | 000000000 | .00 |
| 5% | .00 | 20040331 | 00000000 | .00 | 000000000 | .00 |
| 4% | .00 | 20040630 | 00000000 | .00 | 000000000 | .00 |
| 5% | .00 | 20040930 | 00000000 | .00 | 000000000 | .00 |
| 5% | .00 | 20041231 | 00000000 | .00 | 000000000 | .00 |
| 6% | .00 | 20050331 | 00000000 | .00 | 000000000 | .00 |
| 6% | .00 | 20050630 | 00000000 | .00 | 000000000 | .00 |
| 7% | .00 | 20050930 | 00000000 | .00 | 000000000 | .00 |
| 7% | .00 | 20051231 | 00000000 | .00 | 000000000 | .00 |
| 7% | .00 | 20060331 | 00000000 | .00 | 000000000 | .00 |
| 8% | .00 | 20060630 | 00000000 | .00 | 000000000 | .00 |

Employee #            Page 004 of 006    PAGE   005

```
Station Name: STATE OF AK       Date: 11/03/2006  Time: 11:38:22 AM
INTSTD        0818      30 199212

INTEREST COMPUTATION TABLE
CODE         TRANS-AMT      DATE      TO-DT INT-PRINCIPAL       FACTOR    INTEREST-AMT
 8%                .00  20060930 00000000            .00    000000000             .00




Employee #            Page 005 of 006    PAGE   006
```

```
INTSTI        0818        30 199212
START DATE 19931015
```

FTP COMPUTATION TABLE

| CODE | DATE     | TRANS-AMT  | TO-DT    | FTP-PRINCIPAL | MO | PCT   | PNLTY-AMT |
|------|----------|------------|----------|---------------|----|-------|-----------|
| 1760 | 19930409 |    573.79  |          |       .00     |    |       |      .00  |
| 1500 | 19930415 | 19,575.00  | 19931015 |  19,575.00    | 00 |  .00  |      .00  |
| 8888 | 19930513 |       .00  | 19940115 |  19,575.00    | 03 | 3.00  |   587.25  |
| 5200 | 19940113 |       .00  |          |  19,575.00    |    |       |      .00  |
| 5210 | 19940620 |       .00  | 19940715 |  19,575.00    | 01 | 1.00  |   195.75  |
| 8888 | 19940915 |       .00  | 19960115 |  19,575.00    | 18 |18.00  | 3,523.50  |
| 6700 | 19960111 |  1,871.62- |          |  17,703.38    |    |       |      .00  |
| 8888 | 20000720 |       .00  |          |  17,703.38    |    |       |      .00  |
| 8888 | 20011125 |       .00  | 19960415 |  17,703.38    | 03 | 3.00  |   531.10  |

Employee #            Page 006 of 006    PAGE   001