# EXHIBIT F

```
INTSTD      0818                              PREVIOUS LOGON: 20061103 @ 09:56
30 199312 01152002 MUNG
            253.60  ASSESSED FTP
            151.20  ASSESSED INT
         25,146.01  TAX & PENALTY
         25,550.81  ASSESSED TOTAL
          6,021.67  ACCRUED FTP
         23,680.11  ACCRUED INT
         29,701.78  TOTAL ACCRUALS
          6,275.27  TOTAL FTP
         23,831.31  TOTAL INT
         55,252.59  BALANCE DUE
```

Employee #            Page 001 of 005   PAGE  002

```
INTSTD       0818      30 199312

INTEREST COMPUTATION TABLE
CODE         TRANS-AMT      DATE     TO-DT    INT-PRINCIPAL      FACTOR    INTEREST-AMT
 7%               .00   19940331 00000000             .00    000000000            .00
1500        25,360.00   19940415 19940516       25,360.00    005962340         151.20
1760           911.31   19940516 00000000       26,422.51    000000000            .00
2760           253.60   19940516 19940630       26,676.11    008666649         231.19
 8%               .00   19940630 19940930       26,907.30    020366804         548.02
 9%               .00   19940930 19941231       27,455.32    022941331         629.86
 9%               .00   19941231 19950331       28,085.18    022437053         630.15
10%               .00   19950331 19950501       28,715.33    008528147         244.89
3600            30.00   19950501 19950630       28,990.22    016571921         480.42
 9%               .00   19950630 19950930       29,470.64    022941331         676.10
 9%               .00   19950930 19951026       30,146.74    006430758         193.87
6700           681.30-  19951026 19951231       29,659.31    016405076         486.56
 9%               .00   19951231 19960331       30,145.87    022626480         682.09
 8%               .00   19960331 19960630       30,827.96    020087632         619.26
 9%               .00   19960630 19960930       31,447.22    022877946         719.45
 9%               .00   19960930 19961231       32,166.67    022877946         735.91
 9%               .00   19961231 19970204       32,902.58    008666411         285.15
6700           474.00-  19970204 19970331       32,713.73    013652326         446.62
 9%               .00   19970331 19970630       33,160.35    022689161         752.38
Employee #            Page 002 of 005   PAGE    003
```

```
INTSTD       0818        30 199312
```

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 9% | .00 | 19970630 | 19970930 | 33,912.73 | 022941331 | 778.00 |
| 9% | .00 | 19970930 | 19971231 | 34,690.73 | 022941331 | 795.85 |
| 9% | .00 | 19971231 | 19980331 | 35,486.58 | 022437053 | 796.21 |
| 8% | .00 | 19980331 | 19980630 | 36,282.79 | 020143211 | 730.85 |
| 8% | .00 | 19980630 | 19980930 | 37,013.64 | 020366804 | 753.85 |
| 8% | .00 | 19980930 | 19981231 | 37,767.49 | 020366804 | 769.20 |
| 7% | .00 | 19981231 | 19990331 | 38,536.69 | 017408410 | 670.86 |
| 8% | .00 | 19990331 | 19990630 | 39,207.55 | 020143211 | 789.77 |
| 8% | .00 | 19990630 | 19990930 | 39,997.32 | 020366804 | 814.62 |
| 8% | .00 | 19990930 | 19991231 | 40,811.94 | 020366804 | 831.21 |
| 8% | .00 | 19991231 | 20000331 | 41,643.15 | 020087632 | 836.51 |
| 9% | .00 | 20000331 | 20000630 | 42,479.66 | 022626480 | 961.17 |
| 9% | .00 | 20000630 | 20000930 | 43,440.83 | 022877946 | 993.84 |
| 9% | .00 | 20000930 | 20001231 | 44,434.67 | 022877946 | 1,016.57 |
| 9% | .00 | 20001231 | 20010331 | 45,451.24 | 022437053 | 1,019.79 |
| 8% | .00 | 20010331 | 20010630 | 46,471.03 | 020143211 | 936.08 |
| 7% | .00 | 20010630 | 20010930 | 47,407.11 | 017798686 | 843.78 |
| 7% | .00 | 20010930 | 20011231 | 48,250.89 | 017798686 | 858.80 |
| 6% | .00 | 20011231 | 20020115 | 49,109.69 | 002468593 | 121.23 |

Employee #              Page 003 of 005    PAGE   004

```
INTSTD       0818        30 199312
```

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|----------|----------|-----------|-----------|------|
| 6%   | .00       | 20020331 | 00000000 | 49,230.92 | 000000000 | .00  |
| 6%   | .00       | 20020630 | 00000000 | .00       | 000000000 | .00  |
| 6%   | .00       | 20020930 | 00000000 | .00       | 000000000 | .00  |
| 5%   | .00       | 20021231 | 00000000 | .00       | 000000000 | .00  |
| 5%   | .00       | 20030331 | 00000000 | .00       | 000000000 | .00  |
| 5%   | .00       | 20030630 | 00000000 | .00       | 000000000 | .00  |
| 4%   | .00       | 20030930 | 00000000 | .00       | 000000000 | .00  |
| 4%   | .00       | 20031231 | 00000000 | .00       | 000000000 | .00  |
| 5%   | .00       | 20040331 | 00000000 | .00       | 000000000 | .00  |
| 4%   | .00       | 20040630 | 00000000 | .00       | 000000000 | .00  |
| 5%   | .00       | 20040930 | 00000000 | .00       | 000000000 | .00  |
| 5%   | .00       | 20041231 | 00000000 | .00       | 000000000 | .00  |
| 6%   | .00       | 20050331 | 00000000 | .00       | 000000000 | .00  |
| 6%   | .00       | 20050630 | 00000000 | .00       | 000000000 | .00  |
| 7%   | .00       | 20050930 | 00000000 | .00       | 000000000 | .00  |
| 7%   | .00       | 20051231 | 00000000 | .00       | 000000000 | .00  |
| 7%   | .00       | 20060331 | 00000000 | .00       | 000000000 | .00  |
| 8%   | .00       | 20060630 | 00000000 | .00       | 000000000 | .00  |
| 8%   | .00       | 20060930 | 00000000 | .00       | 000000000 | .00  |

Employee #              Page 004 of 005   PAGE   005

```
Station Name: BEA009MA2904465  Date: 11/05/2006  Time: 11:36:36 AM

INTSTD     0818     30 199312
START DATE 19940415

FTP COMPUTATION TABLE
CODE   DATE        TRANS-AMT     TO-DT       FTP-PRINCIPAL MO  PCT      PNLTY-AMT
1500 19940415    25,360.00                      25,360.00                        .00
1960 19940516       151.20                      25,360.00                        .00
1760 19940527       911.31                      25,360.00                        .00
2760 19940527       253.60   19941115           25,360.00  07  3.50         887.60
8888 19941027          .00   19951115           25,360.00  12 12.00       3,043.20
6700 19951026       681.30-  19960915           24,678.70  10  9.50       2,344.47
6700 19970204       474.00-                     24,204.70                        .00
8888 20011125          .00   19960915           24,204.70  00   .00              .00



Employee #           Page 005 of 005   PAGE   001
```