# EXHIBIT G

```
INTSTI     0818                              PREVIOUS LOGON: 20061103 @ 09:56
30 199412 01152002 MUNG
           4,509.12   ASSESSED FTP
           4,122.46   ASSESSED INT
          20,970.00   TAX & PENALTY
          29,601.58   ASSESSED TOTAL
             733.94   ACCRUED FTP
          14,194.47   ACCRUED INT
          14,928.41   TOTAL ACCRUALS
           5,243.06   TOTAL FTP
          18,316.93   TOTAL INT
          44,529.99   BALANCE DUE
```

Employee #        Page 001 of 005    PAGE   002

INTSTD      0818        30 199412

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---:|---|---|---:|---|---:|
| 10% | .00 | 19950331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | 25,707.00 | 19950415 | 00000000 | 25,707.00 | 000000000 | .00 |
| 2900 | .00 | 19950415 | 00000000 | 25,707.00 | 000000000 | .00 |
| 2900 | .00 | 19950415 | 00000000 | 25,707.00 | 000000000 | .00 |
| 6100 | 4,616.00- | 19950415 | 00000000 | 21,091.00 | 000000000 | .00 |
| 8060 | 4.00- | 19950415 | 19950630 | 21,087.00 | 021037295 | 443.61 |
| 9% | .00 | 19950630 | 19950703 | 21,530.61 | 000739908 | 15.93 |
| 1760 | .08 | 19950703 | 19950724 | 21,546.62 | 005190870 | 111.85 |
| 6700 | 117.08- | 19950724 | 19950930 | 21,541.39 | 016906379 | 364.19 |
| 9% | .00 | 19950930 | 19951231 | 21,905.58 | 022941331 | 502.54 |
| 9% | .00 | 19951231 | 19960331 | 22,408.12 | 022626480 | 507.02 |
| 8% | .00 | 19960331 | 19960630 | 22,915.14 | 020087632 | 460.31 |
| 9% | .00 | 19960630 | 19960930 | 23,375.45 | 022877946 | 534.78 |
| 9% | .00 | 19960930 | 19961231 | 23,910.23 | 022877946 | 547.02 |
| 9% | .00 | 19961231 | 19970331 | 24,457.25 | 022437053 | 548.75 |
| 9% | .00 | 19970331 | 19970414 | 25,006.00 | 003457593 | 86.46 |
| 2760 | 4,509.12 | 19970414 | 19970630 | 29,601.58 | 019165302 | 567.32 |
| 9% | .00 | 19970630 | 19970930 | 30,168.90 | 022941331 | 692.11 |
| 9% | .00 | 19970930 | 19971231 | 30,861.01 | 022941331 | 707.99 |

Employee #              Page 002 of 005   PAGE   003

```
Station Name:   GE3            Date: 11/09/2006  Time: 11:57:28 AM

INTSTD4     0818           30 199412

INTEREST COMPUTATION TABLE
CODE        TRANS-AMT        DATE       TO-DT  INT-PRINCIPAL       FACTOR      INTEREST-AMT
 9%              .00     19971231  19980331       31,569.00    022437053            708.32
 8%              .00     19980331  19980630       32,277.32    020143211            650.17
 8%              .00     19980630  19980930       32,927.49    020366804            670.63
 8%              .00     19980930  19981231       33,598.12    020366804            684.29
 7%              .00     19981231  19990331       34,282.41    017408410            596.80
 8%              .00     19990331  19990630       34,879.21    020143211            702.58
 8%              .00     19990630  19990930       35,581.79    020366804            724.69
 8%              .00     19990930  19991231       36,306.48    020366804            739.45
 8%              .00     19991231  20000331       37,045.93    020087632            744.17
 9%              .00     20000331  20000630       37,790.10    022626480            855.06
 9%              .00     20000630  20000930       38,645.16    022877946            884.12
 9%              .00     20000930  20001231       39,529.28    022877946            904.35
 9%              .00     20001231  20010331       40,433.63    022437053            907.21
 8%              .00     20010331  20010630       41,340.84    020143211            832.74
 7%              .00     20010630  20010930       42,173.58    017798686            750.63
 7%              .00     20010930  20011231       42,924.21    017798686            763.99
 6%              .00     20011231  20020115       43,688.20    002468593            107.85
 6%              .00     20020331  00000000       43,796.05    000000000               .00
 6%              .00     20020630  00000000             .00    000000000               .00
Employee #              Page 003 of 005    PAGE    004
```

```
Station Name: SEA009MA2564465  Date: 11/03/2006  Time: 11:37:27 AM
INTSTD      0818         30 199412

INTEREST COMPUTATION TABLE
CODE       TRANS-AMT         DATE      TO-DT  INT-PRINCIPAL      FACTOR      INTEREST-AMT
 6%             .00      20020930   00000000            .00   000000000               .00
 5%             .00      20021231   00000000            .00   000000000               .00
 5%             .00      20030331   00000000            .00   000000000               .00
 5%             .00      20030630   00000000            .00   000000000               .00
 4%             .00      20030930   00000000            .00   000000000               .00
 4%             .00      20031231   00000000            .00   000000000               .00
 5%             .00      20040331   00000000            .00   000000000               .00
 4%             .00      20040630   00000000            .00   000000000               .00
 5%             .00      20040930   00000000            .00   000000000               .00
 5%             .00      20041231   00000000            .00   000000000               .00
 6%             .00      20050331   00000000            .00   000000000               .00
 6%             .00      20050630   00000000            .00   000000000               .00
 7%             .00      20050930   00000000            .00   000000000               .00
 7%             .00      20051231   00000000            .00   000000000               .00
 7%             .00      20060331   00000000            .00   000000000               .00
 8%             .00      20060630   00000000            .00   000000000               .00
 8%             .00      20060930   00000000            .00   000000000               .00


Employee #           Page 004 of 005    PAGE    005
```

```
INTSTD       0818      30 199412
START DATE 19950713

FTP COMPUTATION TABLE
CODE    DATE         TRANS-AMT      TO-DT       FTP-PRINCIPAL MO  PCT      PNLTY-AMT
8060  19500101      21,091.00-                   21,091.00-                      .00
8070  19500101      21,087.00                         4.00-                      .00
1500  19950415      25,707.00                    25,703.00                       .00
6100  19950415       4,616.00-                   21,087.00                       .00
1760  19950714         117.08    19950813        21,087.00   01   .50          105.43
6700  19950724         117.08-   19950813        20,969.92   00   .00             .00
8888  19950803             .00                   20,969.92                       .00
9120  19950814             .00                   20,969.92                       .00
1960  19970414       4,122.46                    20,969.92                       .00
2760  19970425       4,509.12                    20,969.92                       .00
1710  19970506             .00                   20,969.92                       .00
8888  19970515             .00                   20,969.92                       .00
8888  20011125             .00    19970913       20,969.92   25 24.50         5,137.63


Employee #         Page 005 of 005   PAGE  001
```