David S. Grossman
LeSourd & Patten, P.S.
2401 One Union Square
600 University Street
Seattle, Washington 98101-1176
Telephone: 206-624-1040
Telefax: 206-223-1099

William L. Choquette
ABA No. 7410066
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska 99501
Telephone: 907-274-4626
Telefax: 907-274-9819

Attorneys for Thomas R. Mungle and
Marlene C. Mungle

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.  A02-0054 CV (JKS) |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| THOMAS R. MUNGLE and MARLENE C. ) | |
| MUNGLE; DOWN RIGGER CORP.; ) | **CERTIFICATE OF SERVICE** |
| SIERRA VIEW HOLDING, INC.' ) | |
| ROBERT and JOAN DIDIER; ) | |
| INVERSIONES QUIZARRA, S.A.; ) | |
| DAVID ALLISON; and HOWARD ) | |
| JAEGER, ) | |
| ) | |
| Defendants. ) | |

I, William L. Choquette, local counsel for Thomas R. Mungle and Marlene C. Mungle,

hereby certify that a copy of the Memorandum of Defendants Thomas R. Mungle and Marlene C.

Mungle in Response and Opposition to United States' Motion to Correct Order and for Entry of

Judgment Against Thomas R. Mungle and Marlene C. Mungle; Declaration of Thomas R.

Mungle in Response and Opposition to United States' Motion to Correct a Clerical Error in the

Court's Order of June 11, 2003 and Motion for Entry of Judgment Against Thomas R. Mungle

and Marlene C. Mungle; Declaration of David S. Grossman in Opposition to United States'

Motion to Correct Order and for Entry of Judgment; and the foregoing Certificate of Service, was

served on December 14, 2006 electronically on Goud Pradyumna Maragani, William L.

Choquette and David S. Mungle and on the following parties at the addresses listed by U.S. Mail:

Fred J. Baxter
Baxter Bruce et al.
POB 32819
Juneau, AK 99803

Joan Didier
5331 Shaune Dr
Juneau, AK 99801

Robert Didier
Shaune Dr
Juneau, AK 99801

DATED: December 14, 2006 at Anchorage, Alaska.

/s/ William L. Choquette

William L. Choquette
ABA No. 7410066
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, AK  99501
Telephone (907) 274-4626

Attorneys for the Mungle Defendants