David S. Grossman
WSBA No. 18428
Reese, Baffney, Schrag & Frol, P.S.
216 So. Palouse Street
Walla Walla, WA  99362
Telephone:  (509) 525-8130
Telefax:  (509) 525-8726

William L. Choquette
ABA No. 7410066
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska  99501
Telephone:  (907) 274-4626
Telefax:  (907) 274-9819

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        vs.<br><br>THOMAS R. MUNGLE and MARLENE C. MUNGLE; DOWN RIGGER CORP.; SIERRA VIEW HOLDING, INC.; ROBERT and JOAN DIDIER; INVERSIONES QUIZARRRA, S.A.; DAVID ALLISON; AND HOWARD JAEGER,<br><br>        Defendants. | NO. A02-0054 CV (JKS)<br><br>MUNGLE DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON UNITED STATES' MOTION TO CORRECT ORDER AND FOR ENTRY OF JUDGMENT AGAINST THOMAS R. MUNGLE AND MARLENE C. MUNGLE |

Defendants Thomas R. Mungle and Marlene C. Mungle,  by their undersigned counsel and pursuant to D. Ak. LR 7.2(a), state that they believe oral argument on the United States' Motion to Correct Order and for Entry of Judgment Against Thomas R. Mungle and Marlene C.

Mungle would be of assistance to the Court in ruling on the Motion, and hereby request that the Court schedule oral argument on the motion.

DATED this 21st day of December, 2006.

/s/ David S. Grossman
DAVID S. GROSSMAN, WSBA #18428
Reese, Baffney, Schrag & Frol, P.S.
216 So. Palouse St.
Walla Walla, WA  99362
Telephone:  (509) 525-8130

/s/   William L. Choquette
WILLIAM L. CHOQUETTE
ABA No. 7410066
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, AK  99501
Telephone (907) 274-4626

Attorneys for the Mungle Defendants

## **CERTIFICATE OF SERVICE**

I, David S. Grossman, attorney for Thomas R. Mungle and Marlene C. Mungle, hereby certify under penalty of perjury under the laws of the United States that that service of the foregoing **MUNGLE DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON UNITED STATES' MOTION TO CORRECT ORDER AND FOR ENTRY OF JUDGMENT AGAINST THOMAS R. MUNGLE AND MARLENE C. MUNGLE** has this 21st day of December, 2006, been made upon counsel for the parties as follows:

By filing electronically and service by the Court's ECF system upon:

Goud Pradyumna Maragani
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 683 Ben Franklin Station
Washington DC  20044

Attorney for Plaintiff United States of America

By U.S. Mail, first-class postage prepaid, addressed to:

Fred J. Baxter
Baxter Bruce et al.
POB 32819
Juneau, AK 99803

Attorney for David Allison and Howard Jaeger

Joan Didier
5331 Shaune Dr
Juneau, AK 99801

*Pro Se*

Robert Didier
Shaune Dr
Juneau, AK 99801

*Pro Se*

DATED this 21<u>st</u> day of December, 2006.

                <u>/s/ David S. Grossman</u>
                DAVID S. GROSSMAN
                WSBA #18428
                Reese, Baffney, Schrag & Frol, P.S.
                216 So. Palouse St.
                Walla Walla, WA 99362
                Tel:  509-525-8130

                Attorney for Thomas R. Mungle and
                Marlene C. Mungle