MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*United States v. Mungle, et al.*
Case No. 3:02-cv-00054-JKS

By:            THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:  Robin Carter, Case Management: 677-6127*

PROCEEDINGS:   ORDER FROM CHAMBERS

The government's motion for correction of a clerical error in the Order at Docket No. 64, and for entry of judgment is ripe. *See* Docket Nos. 123 (motion); 126 (opp'n); 131 (reply). The motion is **GRANTED**. The Court will execute a judgment reflecting the correct figures.

The request for oral argument at Docket No. 132 is DENIED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: December 22, 2006

\*      ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.