IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>   Plaintiff, <br> vs. <br><br> THOMAS R. MUNGLE and MARLENE C. MUNGLE; DOWN RIGGER CORP.; SIERRA VIEW HOLDING INC.; ROBERT and JOAN DIDIER; INVERSIONES QUIZARRA, S.A.; DAVID ALLISON; and, HOWARD JAEGER, <br><br>   Defendants. | Case No. 3:02-cv-00054-JKS <br><br> **JUDGMENT** <br> **IN A CIVIL CASE** |

___ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came before the Court and the issues have been heard and a decision has been rendered. On June 11, 2003, at Docket No. 64, the Court granted the United States summary judgment against Thomas R. Mungle and Marlene C. Mungle for tax liabilities owed for the 1988 through 1994 tax years. On March 24, 2004, at Docket No. 72, the Court approved a Stipulation to Reduce Assessments to Judgment for the 1982, 1985, 1986, and 1987 tax years.

**IT IS ORDERED AND ADJUDGED** that Judgement is entered in favor of the United States and against Defendants Thomas R. Mungle and Marlene C. Mungle for the 1988 through

1994 tax years in the amount of $372, 541.93, plus interest and statutory additions accruing from January 15, 2002, less any applicable credits.

**IT IS FURTHER ORDERED AND ADJUDGED** that Judgment is entered in favor of the United States and against Defendants Thomas R. Mungle and Marlene C. Mungle for the 1982, 1985, 1986, and 1987 tax years in the amount of $427, 158.15, plus interest and statutory additions accruing from January 5, 2004, less any applicable credits.

APPROVED:

/s/ James K. Singleton, Jr.
　　**JAMES K. SINGLETON, JR.**
　　United States District Judge

December 22, 2006　　　　　　　　　　　　　　　IDA ROMACK
　　　　　　Date

**REDACTED SIGNATURE**

　　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

JUDGMENT IN A CIVIL CASE