David S. Grossman
LeSourd & Patten, P.S.
2401 One Union Square
600 University Street
Seattle, Washington 98101-1176
Telephone: 206-624-1040
Telefax: 206-223-1099

William L. Choquette
ABA No. 7410066
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, Alaska 99501
Telephone: 907-274-4626
Telefax: 907-274-9819

Attorneys for Thomas R. Mungle and
Marlene C. Mungle

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>THOMAS R. MUNGLE and MARLENE C. MUNGLE; DOWN RIGGER CORP.; SIERRA VIEW HOLDING, INC.' ROBERT and JOAN DIDIER; INVERSIONES QUIZARRA, S.A.; DAVID ALLISON; and HOWARD JAEGER,<br><br>　　　　　Defendants. | NO. A02-0054 CV (JKS)<br><br>**CERTIFICATE OF SERVICE** |

　　　I, William L. Choquette, local counsel for Thomas R. Mungle and Marlene C. Mungle, hereby certify that a copy of the Memorandum of Defendants Thomas R. Mungle and Marlene C. Mungle in Response to United States' Motion for Order of Foreclosure and Decree of Sale and Declaration of Thomas R. Mungle in Response to United States' Motion for Order of Foreclosure and Decree of Sale, and the foregoing Certificate of Service, was served on January

25, 2007 electronically on Goud Pradyumna Maragani, William L. Choquette and David S. Mungle and on the following parties at the addresses listed by U.S. Mail:

Fred J. Baxter
Baxter Bruce et al.
POB 32819
Juneau, AK 99803

Joan Didier
5331 Shaune Dr
Juneau, AK 99801

Robert Didier
5331 Shaune Dr
Juneau, AK 99801

DATED: January 25, 2007 at Anchorage, Alaska.

/s/ William L. Choquette

William L. Choquette
ABA No. 7410066
Choquette & Farleigh, LLC
629 L Street, Suite 101
Anchorage, AK  99501
Telephone (907) 274-4626

Attorneys for the Mungle Defendants