NELSON P. COHEN
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6513

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THOMAS R. MUNGLE and MARLENE C. )<br>MUNGLE ; DOWN RIGGER CORP.; )<br>SIERRA VIEW HOLDING, INC.; )<br>ROBERT and JOAN DIDIER; )<br>INVERSIONES QUIZARRA, S.A.; )<br>DAVID ALLISON; and )<br>HOWARD JAEGER, )<br>)<br>Defendants. )<br>)<br>_____)  | Civil No. CV A02-0054 JKS<br><br><br><br><br>UNITED STATES' REPLY TO<br>DEFENDANTS' RESPONSE TO THE<br>UNITED STATES' MOTION FOR ORDER<br>OF FORECLOSURE AND DECREE OF<br>SALE |

   The United States of America, by and through undersigned counsel, files this reply to the

response of Thomas R. Mungle and Marlene C. Mungle ("Mungles") to the United States'

Motion for Order of Foreclosure and Decree of Sale.

In their Response, the Mungles request that the Court defer ruling on the United States' Motion for Order of Foreclosure and Decree of Sale ("Motion") for ninety days or, in the alternative, stay the effective date of any order of foreclosure and decree of sale for ninety days. The United States requests that the Court grant the United States' Motion and enter an Order of Foreclosure and Decree of Sale for the property located at 3090 Douglas Highway, Juneau, Alaska.  The United States also requests that the Court order that the property cannot be sold until May 14, 2007.[1]

Respectfully submitted this 12th day of February, 2007.

    Respectfully submitted,

    NELSON P. COHEN
    United States Attorney


    /s/ Goud P. Maragani
    GOUD P. MARAGANI
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 683
    Ben Franklin Station
    Washington, D.C.  20044
    Telephone: (202) 307-6513

---

[1] An order preventing sale of the property until May 14, 2007 allows the Mungles ninety days (the amount of time requested in their Response) to obtain a home equity loan and pay the United States.

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the UNITED STATES' REPLY TO DEFENDANTS RESPONSE TO THE UNITED STATES' MOTION FOR ORDER OF FORECLOSURE AND DECREE OF SALE was sent to the following parties on February 12, 2007:

| | |
|---|---|
| David Grossman | Robert & Joan Didier |
| Reese, Baffney, Schrag & Frol, P.S. | 5331 Shaune Dr. |
| 216 So. Palouse St | Juneau, Alaska 99801 |
| Walla Walla, Washington 99362 | |
| Attorney for Thomas and Marlene Mungle | |
| | |
| William L. Choquette | Fred Baxter |
| Choquette & Farleigh | Baxter Bruce & Sullivan P.C. |
| 629 L St., Suite 101 | PO Box 32819 |
| Anchorage, AK 99501 | Juneau, AK 99803 |
| Attorney for Thomas and Marlene Mungle | Attorney for David Allison and Howard Jaeger |

/s/ Goud P. Maragani